# EXHIBIT A

# BENSLEY LAW OFFICES, LLC

William C. Bensley, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Cell: 267-250-4383
Office: 267-322-4000
Fax: 267-299-8079
Email: wcbensley@bensleylawoffices.com
Website: www.bensleylawoffices.com

August 28, 2024

**CERTIFIED MAIL/RETURN
RECEIPT REQUESTED**

RECEIVED
SEP - 5 2024
AMERICAN HONDA MOTOR CO., INC.
LAW DIVISION

PLAZA AUTO MALL
2740 Nostrand Avenue
Brooklyn, NY 11210

ROBERT MCILWAIN
2740 Nostrand Avenue
Brooklyn, NY 11210

SCOTT BONFORTI
2740 Nostrand Avenue
Brooklyn, NY 11210

MAKSIM SLUVIS
2740 Nostrand Avenue
Brooklyn, NY 11210

AMERICAN HONDA MOTORS CO., INC.
1919 Torrance Boulevard
Torrance, CA 90501-2746

    Re:    Thomas, et al. v. Plaza Auto Mall, et al.
           ACCP GD-24-009582

Dear Sir or Madam:

    Kindly find enclosed a Complaint filed against your company.  Kindly respond in
accordance with the Pennsylvania Rules of Civil Procedure.  Please call with any
questions.

    Thank you for your courtesies.

                              Very truly yours,

                              William C. Bensley

WCB/
Enclosure

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CIVIL DIVISION
### COVER SHEET

| Plaintiff(s)              Vs | |
|---|---|
| JULIE RENEE THOMAS and JEFFERY ALAN THOMAS, II, w/h | **Case Number:** |
| | **Type of pleading:** Complaint |
| | **Filed on behalf of** Plaintiffs, Julie Thomas and Jeffery Thomas |
| Vs. | *(Name of the filing party)* |
| **Defendant(s)** | ☑ Counsel of Record    William B. Bensley, Esq. |
| PLAZA AUTO MALL 2740 Nostrand Avenue Brooklyn, NY 11210 and ROBERT MCILWAIN 2740 Nostrand Avenue Brooklyn, NY 11210 and SCOTT BONFORTI 2740 Nostrand Avenue Brooklyn, NY 11210 and MAKSIM SLUVIS 2740 Nostrand Avenue Brooklyn, NY 11210 and AMERICAN HONDA MOTORS CO., INC. 1919 Torrance Boulevard Torrance, CA 90501-2746 | ☐ Individual, If Pro Se |
| | **Address, Telephone Number, and Email Address:** William C. Bensley, Esq. Bensley Law Offices, LLC 1500 Walnut Street, Suite 900 Philadelphia, PA  19102 267-322-4000 wcbensley@bensleylawoffices.com |
| | **Attorney's State ID** PA |
| | **Attorney's Firm ID** 79953 |

BENSLEY LAW OFFICES, LLC
By:    William C. Bensley
Identification No. 79953
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Email: wcbensley@bensleylawoffices.com
(267) 250-4383

**Attorneys for Plaintiffs**

ASSESSMENT OF DAMAGES HEARING:
IS   IS NOT REQUIRED

JURY   NON-JURY   ARBITRATION

| | |
|---|---|
| JULIE RENEE THOMAS and<br>JEFFERY ALAN THOMAS, II, w/h<br>215 Buckingham Drive<br>Pittsburgh, PA 15237<br><br>vs.<br><br>PLAZA AUTO MALL<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>and<br>ROBERT MCILWAIN<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>and<br>SCOTT BONFORTI<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>and<br>MAKSIM SLUVIS<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>and<br>AMERICAN HONDA MOTORS CO.,<br>INC.<br>1919 Torrance Boulevard<br><u>Torrance, CA 90501-2746</u> | COURT OF COMMON PLEAS<br>ALLEGHENY COUNTY<br><br>CIVIL TRIAL DIVISION<br>AUGUST TERM, 2024<br>NO. |

## COMPLAINT
## <u>NOTICE TO DEFEND</u>

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find our where you can get legal help.*

Allegheny County Bar Association
Lawyer Referral Service
400 Koppers Bldg – 436 7th Avenue
Pittsburgh, Pennsylvania 15219
(412) 261-5555

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas espuestas en las paginas siguientes, usted tiene veinte (20) disa de plazo el partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades u otros derechos importantes para usted.

*Lleva esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagartal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion de Licenciados
de Pittsburgh
Servicio de Referencia e Legal
400 Koppers Bldg – 436 7th Avenue
Pittsburgh, Pennsylvania 15219
(412) 261-5555

BENSLEY LAW OFFICES, LLC                         **Attorney for Plaintiff**
BY:    William C. Bensley
Identification No.: 79953
1500 Walnut Street, Suite 900
Philadelphia, PA    19102
(267) 322-4000
Email: wcbensley@bensleylawoffices.com

---

| | | |
|---|---|---|
| JULIE RENEE THOMAS and | : | COURT OF COMMON PLEAS |
| JEFFERY ALAN THOMAS, II, w/h | : | ALLEGHENY COUNTY |
| 215 Buckingham Drive | : | |
| Pittsburgh, PA 15237 | : | CIVIL TRIAL DIVISION |
| | : | AUGUST TERM, 2024 |
| vs. | : | NO. |
| | : | |
| PLAZA AUTO MALL | : | |
| 2740 Nostrand Avenue | : | |
| Brooklyn, NY 11210 | : | |
| and | : | |
| ROBERT MCILWAIN | : | |
| 2740 Nostrand Avenue | : | |
| Brooklyn, NY 11210 | : | |
| and | : | |
| SCOTT BONFORTI | : | |
| 2740 Nostrand Avenue | : | |
| Brooklyn, NY 11210 | : | |
| and | : | |
| MAKSIM SLUVIS | : | |
| 2740 Nostrand Avenue | : | |
| Brooklyn, NY 11210 | : | |
| and | : | |
| AMERICAN HONDA MOTORS CO., | : | |
| INC. | : | |
| 1919 Torrance Boulevard | : | |
| Torrance, CA 90501-2746 | : | |

## COMPLAINT
## CIVIL ACTION:
## FRAUD:  (4010)

## PARTIES

1.    Plaintiffs, Mrs. Julie Renee Thomas and Mr. Jeffery Alan Thomas, II, are adult

individuals presently residing at 215 Buckingham Drive, Pittsburgh, PA  15237.

--1--

2.    Defendant, PLAZA AUTO MALL is a business licensed to do business in the Commonwealth of Pennsylvania, regularly conducting business in the City of Allegheny and having a principal place of business located at 2740 Nostrand Avenue, Brooklyn, NY 11210; at all times relevant, acting alone or in concert with others, formulated, directed, controlled, conspired, substantially assisted, enabled and/or participated in the acts and practices set-forth in this Complaint.

3.    Defendant, ROBERT MCILWAIN ("MCILWAIN") is a supervising agent and/or employee of PLAZA AUTO MALL and holds a management position at and/or with said Defendant, and at all times relevant, acting alone or in concert with others, formulated, directed, concealed, controlled, conspired, substantially assisted, enabled and/or participated in the acts and practices set forth in this Complaint.

4.    Defendant, SCOTT BONFORTI ("BONFORTI") is a supervising agent and/or employee of PLAZA AUTO MALL and holds a management position at and/or with said Defendant, and at all times relevant, acting alone or in concert with others, formulated, directed, concealed, controlled, conspired, substantially assisted, enabled and/or participated in the acts and practices set forth in this Complaint.

5.    Defendant, MAKSIM SLUVIS ("SLUVIS") is a supervising agent and/or employee of PLAZA AUTO MALL and holds a management position at and/or with said Defendant, and at all times relevant, acting alone or in concert with others, formulated, directed, concealed, controlled, conspired, substantially assisted, enabled and/or participated in the acts and practices set forth in this Complaint.

6.    Defendant, AMERICAN HONDA MOTORS CO., INC. ("AHMC") is a corporation licensed to do business in the Commonwealth of Pennsylvania, that regularly does business in

–2–

Allegheny County, and that has headquarters located at 601 Lexington Avenue – 49th Floor, New York, NY 10022; and at all times relevant, acting alone or in concert with others, formulated, directed, controlled, conspired, substantially assisted, enabled and/or participated in the acts and practices set-forth in this Complaint.

## **FACTS AND ALLEGATIONS**

7.    At all times relevant hereto, defendants acted by and through their agents, servants, and employees who acted within the scope of their authority and within the course of their employment.

8.    Plaintiff located the subject Certified 2023 Acura TLX (VIN: 19UUB7F90PA000161) on defendant PLAZA AUTO MALL's Website.

9.    The vehicle was advertised as carefully inspected, ACURA CERTIFIED, and never in any accidents or damaged.

10.    Plaintiff Julie Thomas called defendant PLAZA AUTO MALL and left a message regarding her interest in the above-identified vehicle.  Defendant SLUVIS called plaintiff and plaintiff proceeded to inquire about the aforementioned vehicle and was advised it was available, had been used as a service loaner but was otherwise "brand new," and was carefully inspected, ACURA CERTIFIED, and never in any accidents or damaged.

11.    Defendants sent plaintiffs the purchase agreement, which they executed while located in their home in Pittsburgh, PA as directed by defendants (Exhibit 1).

12.    Plaintiffs returned the signed agreement and other records to defendants and made a deposit (Exhibit 2).

13.    Plaintiff Julie Thomas confirmed with her bank that the purchase funds and remaining down payment had been released and were transferred to and received by the dealership's account by 02/24/2024.

14.     A short time later, someone identifying himself as named Robert and the Sales Manager, contacted plaintiff Julie Thomas and advised that the aforementioned vehicle was no longer available.

15.     A short time later, defendants SLUVIS contacted plaintiff Julie Thomas in PA and presented and offered for sale a red Certified 2023 Aura TLX (VIN: 19UUB7F99PA001616) (Exhibit 3).

16.     Defendant MCILWAIN represented the subject vehicle was exactly the same as the first, except a different color (red), and was carefully inspected, ACURA CERTIFIED, and never in any accidents or damaged.

17.     Defendant PLAZA AUTO MALL then sent plaintiffs a purchase agreement and other related documents that plaintiff signed with a pen at there home in Pittsburgh, PA and returned as directed by defendants (Exhibit 4).

18.     Defendants told plaintiffs that the only damage or defect was some scratches on the rims/wheels, which they promised to fix for transporting the vehicle for delivery to plaintiffs at their home.

19.     Prior to the execution of any contracts, the Defendants' agents, including but not limited to Defendant, SLUVIS and/or Robert, and/or those identified on the attached document(s), made the following representations expressly and/or impliedly about the subject vehicle:

        a)     the odometer reading and disclosure statement reflected the actual mileage;

        b)     the odometer reading and disclosure statement was reliable and accurate;

        c)     the subject vehicle had not been in any accidents or frame/structurally damaged;

        d)     the subject vehicle was in good, safe, operable, and roadworthy condition;

        e)     the subject vehicle was free of defects;

        f)     Plaintiff was being charged lawfully for taxes;

–4–

g)     Plaintiff was being charged lawfully amounts paid to public officials for title, registration and lien fees;

h)     Defendants were charging a lawful documentary fee;

i)     Defendants would transfer lawfully Title and registration;

j)     the sale was conducted and the paperwork was completed lawfully;

k)     the vehicle was Certified;

l)     the vehicle passed a careful 182-point inspection;

m)     the vehicle was essentially brand new.

20.     Prior to the execution of any agreements, the Defendant's agents, including Defendant, SLUVIS and/or Robert and/or those identified on the attached document(s), concealed the following facts from the Plaintiff about subject vehicle:

a)     the vehicle was defective and in a state of disrepair;

b)     the vehicle was unfit and unmerchantable;

c)     the defendants did not conduct the transaction or complete paperwork lawfully;

d)     the defendants charged an unlawful documentary fee;

e)     the defendants did not transfer Title ownership lawfully;

f)     the vehicle was in one or more pre-sale accidents;

g)     the vehicle was a former commercial or rental vehicle;

h)     the vehicle was not essentially brand new;

i)     the vehicle was in an accident and severely, including frame/structurally damaged.

21.     By a Buyer's Order (BO) dated February 29, 2024, the Plaintiffs and Defendants ostensibly and apparently agreed to the terms for the financed purchase of the Certified 2023 Aura TLX (VIN: 19UUB7F99PA001616) (Exhibit 4).

22.     The subject vehicle was a former commercial or rental vehicle (Exhibits 5).

23.     The contracts did not contain a brief written description of the vehicle's prior use, including commercial or rental use.  37 Pa.C. § 301.4(2)(iii).

24.     Under Pennsylvania law, it is unlawful to make representation in an advertisement or sales presentation that a motor vehicle or motor vehicle goods or services are of a particular style, model, standard, quality, or grade, if they are of another or if the representation conflicts with a written notice or required disclosure.

25.     Under Pennsylvania law, any vehicle offered for retail sale by a dealer is presumed to be represented to be, and actually to be, roadworthy, and disclosure must be made of any condition that renders a vehicle non-roadworthy.

26.     When defendants delivered the vehicle to plaintiff's home, plaintiffs immediately noticed that defendants had supplied only one key, there was no owners manual, and several paint defects and other indications of damage and improper and incomplete repair (Exhibit 6).

27.     According to the ACURA CERTIFIED program, all certified vehicles must be sold with two keys and an owners manuals and meeting new vehicle condition and specifications.

28.     When plaintiff next communicated with defendants, plaintiffs confronted them about the damage and defects.  Defendants continued to deny that there were any accidents or damage or that they could have known about any accidents or damage.

29.     Plaintiffs demanded the cancellation of the deal and the return of their money.

–6–

30.    Defendants refused plaintiffs' demands.

31.    The vehicle was represented to have 3,189 miles on it, but arrived with more than 3,500 miles on it.

32.    The vehicle was involved in one or more pre-sale accidents or damage events.

33.    The vehicle was not involved in any accidents or damaged post-sale.

34.    A vehicle with a damaged or defective frame/structural, is not fit, merchantable, roadworthy, or safe.

35.    The vehicle was sold in a defective, unfit, unmerchantable, non-roadworthy, and dangerous condition.

36.    Any reasonably experienced and competent member of the industry performing an industry standard appraisal or inspection could not have missed the classic indications of damage, repair, and/or defects, including refinishing defects, etch marks, splotches, buff marks, pulling, and misaligned panels.

37.    The vehicle was sold with damaged and/or defective frame/structure, which could not have passed state inspection, and which presented a clear and present danger, which could have caused an accident and extreme risk of injury or death not only for the vehicle's operator and occupants, but everyone on or near the roadways.

38.    The Pennsylvania Automotive Industry Trade Practices require that dealer disclose any condition that renders the vehicle unfit or non-roadworthy and an AITP violation is an automatic Unfair Trade Practices and Consumer Protection Law violation.  37 Pa.C. § 301.2(5).

39.    Defendants did not provide to plaintiff the written notice of three-day right of cancellation as required pursuant to 73 P.S. § 201-7.

–7–

40.    Plaintiffs provided defendants with written notice that they were exercising their right to cancel the subject transaction under the UTPCPL (Exhibit 7).

41.    Defendants acknowledged receipt of plaintiffs' notice of cancellation, but rejected it and refused to accept it (Exhibit 8).

42.    Defendants did not return Plaintiff's money or return plaintiffs' incidental and consequential losses.

43.    Defendants did not request the return of the vehicle or make arrangements to pick up the vehicle.

44.    Ten days have expired since Plaintiffs notified defendants regarding their cancellation.

45.    Defendants have abandoned and have waived any right to the vehicle per 73 P.S. § 201-7.

## Certification

46.    During all times relevant, Defendants PLAZA AUTO MALL and AHMC operated the ACURA CERTIFIED program as partners and/or as a joint venture.

47.    During all times relevant, Defendants PLAZA AUTO MALL acted as AHMC's agent in the operation and sale of the ACURA CERTIFIED program, including entering into the subject RISC.

48.    During all times relevant, Defendants PLAZA AUTO MALL and AHMC promoted the ACURA CERTIFIED PREOWNED PROGRAM ("ACURA CERTIFIED PROGRAM" or "the Program") as a way to induce consumers to buy vehicles and/or to do so at an increased price.

49.    Defendants PLAZA AUTO MALL and AHMC heavily promote the ACURA CERTIFIED Program by asserting: that the Program encompasses a thorough 182-point inspection; that the customer will definitely know the history of the vehicle, that the Program takes the risk out of

–8–

purchasing a used vehicle, that the Program gives customers excellence and value combined, and that the Program gives customers long lasting peace of mind (Exhibits 9-10).

50.    Upon information and belief, AHMC does not impose any and/or sufficient supervision and/or accountability related to the ACURA CERTIFIED Program.

51.    Without careful supervision and accountability, any claim standards are illusory and fraudulent.

52.    Consumers are misled to believe that AHMC stands behind the ACURA CERTIFIED Program and behind vehicles that were certified through the Program. (Exhibits 9-10).

## AMERICAN HONDA MOTOR COMPANY

53.    AHMC developed, implemented, administers, and supervises the ACURA CERTIFIED Program.

54.    AHMC developed a manual by which the Program is to be implemented and administered, and, in particular, by what standards the qualification inspections are required to be performed.

55.    AHMC requires participating dealers to sign a ACURA CERTIFIED Program dealer agreement.

56.    The aforementioned manual and/or ACURA CERTIFIED Program includes rules and standards dictating how the dealers must promote the ACURA CERTIFIED Program.

57.    The aforementioned manual and/or ACURA CERTIFIED Program includes rules that require that dealers promote the ACURA CERTIFIED Program as referenced above, including as having high standards, providing high value, guaranteeing safety, involving strict standards, providing "peace of mind," and requiring careful inspections.

—9—

58. The aforementioned manual and/or ACURA CERTIFIED Program includes rules and standards according to which a vehicle must be certified.

59. The aforementioned manual and/or ACURA CERTIFIED Program includes rules that require dealers make disclosures to consumers when a certified vehicle has been involved in an accident or has incurred damage.

60. The aforementioned manual and/or ACURA CERTIFIED Program requires that dealers provide consumers with a written disclosure of the inspection results.

61. The aforementioned manual and/or ACURA CERTIFIED Program requires that dealers provide consumers with a written disclosure of all of the damage and repairs to the vehicle.

62. The aforementioned manual and/or ACURA CERTIFIED Program prohibits advertising, offering for sale or selling vehicles as ACURA CERTIFIED unless and until the certified inspection has been completed.

63. The aforementioned manual and/or ACURA CERTIFIED Program prohibits advertising, offering for sale or selling vehicles as ACURA CERTIFIED unless and until all reconditioning bringing the vehicle to certified standards has been completed.

64. The aforementioned manual and/or ACURA CERTIFIED Program prohibits advertising, offering for sale or selling vehicles as ACURA CERTIFIED unless and until the certified inspection report has been signed by all necessary signatories.

65. The aforementioned manual and/or ACURA CERTIFIED Program prohibits advertising, offering for sale or selling vehicles as ACURA CERTIFIED unless and until the vehicle is accepted into or enrolled by AHMC into the ACURA CERTIFIED program.

66.     The aforementioned manual and/or ACURA CERTIFIED Program prohibits selling vehicles with body damage, including dents, scratches, and/or gouges.

67.     The aforementioned manual and/or ACURA CERTIFIED Program prohibits vehicles with frame or structural damage from being entered into the Program.

68.     The ACURA CERTIFIED Program is a scam used to increased vehicle sale prices and to obtain unearned profits.

69.     AHMC does not meaningfully supervise the ACURA CERTIFIED Program, including but limited to meaningfully auditing participating dealers.

70.     The ACURA CERTIFIED Program does not include meaningful accountability so there are no meaningful standards.

71.     The oversight and any periodic audits knowingly are not designed and do not result in meaningful oversight of the ACURA CERTIFIED inspections are completed by technicians sufficiently trained and knowledgeable about the program and program procedures and standards.

72.     The oversight and any periodic audits knowingly are not designed and do not result in meaningful oversight of the ACURA CERTIFIED inspections are completed in accordance with program procedures and standards.

73.     Defendant TMS acted at all times with the intention and knowledge that vehicles such as the instant vehicle would be represented and sold as ACURA CERTIFIED with no real or reasonable assurance that the vehicles were actually subjected to the required certified inspection and reconditioning procedures and standards.

74.     Upon information and belief, AHMC has not meaningfully disciplined any participating dealers, including terminating said dealers, for violating the ACURA CERTIFIED Program, including

–11–

selling non-qualifying vehicles, defective vehicles, dangerous vehicles, frame damaged vehicles, and/or selling vehicles in violation of federal, state and/or local laws.

75.    Because there is no meaningful oversight, no meaningful accountability and thus no meaningful standards, Defendants' promotion of the ACURA CERTIFIED Program is entirely fraudulent, misleading and/or deceptive.

76.    The ACURA CERTIFIED Program was an essential element of the subject fraudulent transaction and played a substantial contributing role in its perpetration.

77.    In promoting the ACURA CERTIFIED Program and selling the subject vehicle as ACURA CERTIFIED, Defendants AHMC, PLAZA AUTO MALL, MACWILWAIN, BONFORTI, and SLUVIS acted pursuant to a common design.

78.    In promoting the ACURA CERTIFIED Program and selling the subject vehicle as ACURA CERTIFIED Defendants AHMC, PLAZA AUTO MALL, MACWILWAIN, BONFORTI, and SLUVIS knew that they were breaching their duty of good faith and fair dealing to consumers in general and to Plaintiff in particular, and lent each other substantial assistance in the fraudulent and other misconduct described more fully above and below.

79.    In promoting and selling the ACURA CERTIFIED Program and selling vehicles as ACURA CERTIFIED, Defendants AHMC, PLAZA AUTO MALL and SLUVIS knew that the program and the program oversight were not sufficient to believe or to assert reasonably that any particular dealer operated the program in accordance with the mandated procedures and standards, and/or that any particular vehicle branded as ACURA CERTIFIED had in fact been inspected, reconditioned, presented, and/or sold in accordance with the program.

(Exhibits 9-10).

–12–

80.    All defendants' affirmative statements of fact or promise and descriptions made about the vehicle and transaction were the basis of the bargain and plaintiff's agreement to purchase the vehicle and thus created an express warranties that the vehicle would conform thereto.

## ADDITIONAL ALLEGATIONS

81.    Defendants never expressed in any manner any allegation that plaintiff supplied any false or unverifiable information in connection with the transaction.

82.    Defendants never expressed in any manner any allegation that any of defendants actions were as set forth herein were taken as a result of any false or unverifiable information supplied by the Plaintiff.

83.    The Plaintiff has no experience in or specialized knowledge related to the automotive industry, and/or related to motor vehicles, motor vehicle sales, motor vehicle repair, and/or consumer finance.

84.    At all times relevant, Defendants promised to take good care of the Plaintiff.

85.    Defendants stood in a position of trust and confidence.

86.    Plaintiff surrendered substantial control over the financing of the subject purchase.

87.    By virtue of their position of trust and confidence, their unequal sophistication and expertise, defendants had the means to take advantage and exercise undue influence over plaintiff.

88.    The purchase of a motor vehicle is one of the largest investments that many, if not most, consumers make.

89.    The subject purchase was the plaintiff's first or second greatest investment.

90.    The Defendants stood in a fiduciary relationship with the plaintiff.

--13--

91.    The Defendants exploited their fiduciary relationship by deceiving the plaintiff regarding the party's respective rights and duties under the RISC, and concealing the nature of Defendant's conduct (misconduct).

92.    The Defendants are in the business and regularly extend credit to consumers in the manner described above.

93.    Defendants are required to be licensed motor vehicle dealers, installment sellers, and/or salespersons in Pennsylvania.

94.    Upon information and belief, Defendants are NOT licensed motor vehicle dealers, installment sellers, and/or salespersons in Pennsylvania.

95.    The subject vehicles were purchased by the Plaintiff primarily for personal use.

96.    The Defendants induced and entered into the subject purchase-sale agreements with a then present and conscious intention to breach, reject, and/or refuse to honor their obligations under said agreement.

97.    The established business practices discussed in the preceding paragraphs were created, implemented, approved, and/or supervised by the Defendants.

98.    As a result of the true history of the vehicle and ongoing problem, plaintiff has lost faith in the vehicle and defendants and experience fear, anxiety and distress using the vehicle, which has limited her use and enjoyment of the vehicle.

99.    As a result of the Defendants' unlawful actions, the plaintiff has been deprived of the use of the vehicle, has incurred expenses for replacement transportation, has suffered damage to her credit rating and credit reputation, and has suffered extreme emotional distress, frustration, inconvenience, humiliation, fear, anxiety, and/or embarrassment.

–14–

100. Plaintiff has been and will continue to be financially damaged due to Defendants' intentional, reckless, wanton, and/or negligent failure to honor their contractual obligations and the damage to their credit rating and reputation.

101. During all times relevant the Defendants deceived the plaintiff into believing Defendants' actions were lawful, and/or concealed their actions' unlawful nature.

102. At all times relevant, the Plaintiff relied on Defendants' apparent and claimed experience, sophistication and expertise in inspecting, repairing, selling and/or financing motor vehicles.

103. The defendants knew or should have known of the subject vehicles' actual and defective condition, and full and complete histories, based on their experience in the trade, their agents' and/or employees' specialized training, their acquisition of the vehicles, their inspections of the vehicles, their access to the manufacturer database or other service history, and their reference to the paperwork and/or Carfax or other similar vehicle history reports.

104. The Pennsylvania Automotive Industry Trade Practices require that dealer disclose any condition that renders a vehicle unfit or non-roadworthy – and an AITP violation is an automatic Unfair Trade Practices and Consumer Protection Law violation. 37 Pa.C. § 301.2(5).

**COUNT I**
**FRAUD**
**PLAINTIFF v. ALL DEFENDANTS**

105. Plaintiff incorporates by reference all facts and allegations set forth in this Complaint.

--15--

106.    Prior to the execution of any contracts, the Defendants' agents, including but not limited to Defendant, SLUVIS and/or Robert, and/or those identified on the attached document(s), made the following representations expressly and/or impliedly about the subject vehicle:

      a)    the subject vehicle had not been in any accidents or frame/structurally damaged;

      b)    the subject vehicle was in good, safe, operable, and roadworthy condition;

      c)    the subject vehicle was free of defects;

      d)    Plaintiff was being charged lawfully for taxes;

      e)    Plaintiff was being charged lawfully amounts paid to public officials for title, registration and lien fees;

      f)    Defendants were charging a lawful documentary fee;

      g)    Defendants would transfer lawfully Title and registration;

      h)    the sale was conducted and the paperwork was completed lawfully;

      i)    the vehicle was Certified;

      j)    the vehicle passed a careful 182-point inspection;

      k)    that the subject was covered by the DRIVEWAY 7-day money back guarantee.

107.    Prior to the execution of any agreements, the Defendant's agents, including Defendant, SLUVIS and/or Robert and/or those identified on the attached document(s), concealed the following facts from the Plaintiff about subject vehicle:

      a)    the vehicle was defective and in a state of disrepair;

      b)    the vehicle was unfit and unmerchantable;

      c)    the defendants did not conduct the transaction or complete paperwork lawfully;

      d)    the defendants charged an unlawful documentary fee;

      e)    the defendants did not transfer Title ownership lawfully;

--16--

f)    the vehicle was in one or more pre-sale accidents;

g)    the vehicle was a former commercial or rental vehicle;

h)    defendants would refuse to honor the DRIVEWAY 7-day money back guarantee.

108.    The misrepresentations and omissions identified in the immediately preceding paragraphs, were known or should have been known to Defendants to be false when made, were material in nature, and were made with the intent to deceive, defraud and/or induce the Plaintiff, and in fact, induced her to purchase the automobile at the price listed in the purchase agreement.

109.    The Defendants knew that the Plaintiff had no special knowledge in the purchase, financing and condition of automobiles and would rely on their representations.

110.    The Plaintiff relied on the Defendants' misrepresentations and was induced to sign the RISC and other documents related to which she apparently and ostensibly purchased and financed the aforementioned automobile at the inflated amount listed in the purchase agreement.

111.    As a result of the aforementioned conduct, the Plaintiff suffered the damages outlined above and below.

112.    The Defendants' actions as hereinbefore described were reckless, outrageous, willful, and wanton, thereby justifying the imposition of exemplary, treble and/or punitive damages.

WHEREFORE, Plaintiff demands judgment against the defendants jointly and/or severally in excess of Fifty Thousand Dollars ($50,000), together with incidental and consequential damages, all damages to which plaintiff is entitled under the UCC, interest, costs, and punitive damages, and such equitable relief, including rescission, restitution and/or disgorgement, as the Court may find appropriate.

## COUNT II
## BREACH OF CONTRACT
## PLAINTIFF v. ALL DEFENDANTS

113.    Plaintiff incorporates by reference all facts and allegations set forth in this Complaint.

114.    This and all subsequent causes of action are pleaded in the alternative and/or in addition to Plaintiff's cause of action for fraud.

115.    In the alternative, on the aforementioned dates, plaintiff apparently and/or ostensibly was misled to believe that she had contracted with Defendants for the purchase of the vehicle as well as taxes, registration, tags, service contract, and transfer of title, which agreement was final and included all payment and financing terms.

116.    Plaintiff performed or satisfied all of her obligations under the aforementioned finance purchase agreement.

117.    The Plaintiff was at no time relevant in default.

118.    Defendants are in breach of the aforementioned contract in that they have in the past and continue without justification to negligently, intentionally, willfully, fraudulently, and/or recklessly failed and/or refused to deliver to plaintiff the car for which plaintiff contracted under the agreed terms and/or demanded the return of the vehicle or deprived plaintiff of the quiet enjoyment of the vehicle or the amount of credit promised.

119.    The Defendants breached and/or anticipatorily breached all the agreements thereby relieving plaintiff of any duty to perform thereunder.

120.    As a result of Defendants' breach, the plaintiff suffered the damages outlined above and in the following additional ways:

  a.    increased purchase costs;

  b.    damaged credit rating and reputation;

  c.    deprived of the use and enjoyment of the vehicle;

–18–

d.      incurred cost of replacement vehicle;

e.      spent time resolving problems created by Defendants' breach;

f.      incurred other incidental and consequential damages, including emotional distress, fear, anxiety, inconvenience, and frustration; and,

g.      incurred increased interest and other expenses for financing the purchase of the vehicle.

121.    The Defendants' actions as hereinbefore described were reckless, outrageous, willful, and wanton, thereby justifying the imposition of exemplary, treble and/or punitive damages.

WHEREFORE, Plaintiff demands judgment against the defendants jointly and/or severally in excess of Fifty Thousand Dollars ($50,000), together with incidental and consequential damages, all damages to which plaintiff is entitled under the UCC, interest, costs, such other and/or equitable relief, including rescission, restitution and/or disgorgement, as the Court may find appropriate.

## COUNT III
## NEGLIGENCE
## PLAINTIFF v. ALL DEFENDANTS

122.    Plaintiff incorporates by reference all facts and allegations set forth in this Complaint.

123.    The Defendants were negligent in the following respects:

a.      failing to institute appropriate policies and procedures to comply with the applicable laws;

b.      failing to institute policies, train personnel, and supervise personnel regarding lawful financing and/or sales presentations;

c.      failing to institute policies, train personnel, and supervise personnel regarding proper pre-sale inspections of vehicles;

d.      failing to institute policies, train personnel, and supervise personnel regarding

–19–

Title transfers;

e.     failing to institute policies, train personnel, and supervise personnel regarding financing agreements;

f.     failing to institute policies, train personnel, and supervise personnel regarding sales of and performance obligations related to service contracts.

g.     failing to hire competent and/or honest personnel, such as mechanics and salespeople;

h.     failing to properly train and/or supervise its personnel;

i.     failing to honor RISCs and their other promises and representations described more fully above and below.

j.     failing to properly inspect the vehicle, detect defects therein, and/or report said defects to the Plaintiff;

k.     violating 13 Pa.C.S.A. § 101 et seq., 75 Pa. C.S.A. § 7131 et seq., 69 P.S. § 601 et seq., 37 PaC. § 301 et seq.

124.    Plaintiff suffered actual damages proximately caused by Defendants' negligence as alleged above.

125.    The Defendants' actions as hereinbefore described were reckless, outrageous, willful, and wanton, thereby justifying the imposition of exemplary, treble and/or punitive damages.

WHEREFORE, Plaintiff demands judgment against the defendants jointly and/or severally in excess of Fifty Thousand Dollars ($50,000), together with incidental and consequential damages, all damages to which plaintiff is entitled under the UCC, interest, costs, such other and/or equitable relief, including rescission, restitution and/or disgorgement, as the Court may find appropriate.

–20–

## COUNT IV
## NEGLIGENT MISREPRESENTATION
### PLAINTIFF v. ALL DEFENDANTS

126.    Plaintiff incorporates by reference all facts and allegations set forth in this Complaint.

127.    The conduct of the Defendants as alleged in addition to and in the alternative constituted separate negligent misrepresentations that were false because of the failure to exercise reasonable care or competence in obtaining or communicating the information, including but not limited to misrepresentations about the history, condition and safety of the vehicle and the terms of sale and financing and related to the transfer of Title ownership.

128.    The Defendants supplied information including but not limited to that the vehicle was formerly owned and operated by the dealer owner, that the paperwork was being completely lawfully, and that defendants were charging plaintiff lawfully for title, registration, lien recording, and aftermarket products, which induced plaintiff to purchase the vehicle and/or taking or refraining from taking action with respect to the vehicle, such as returning the vehicle or rescinding the purchase contract and/or filing suit.

129.    As a direct and proximate result of these negligent misrepresentations, the Plaintiff suffered damages as alleged.

WHEREFORE, Plaintiff demands judgment against the defendants jointly and/or severally in excess of Fifty Thousand Dollars ($50,000), together with incidental and consequential damages, all damages to which plaintiff is entitled under the UCC, interest, costs, and punitive damages, and such equitable relief, including rescission, restitution and/or disgorgement, as the Court may find appropriate.

## COUNT V
## BREACH OF EXPRESS AND IMPLIED WARRANTIES
### PLAINTIFF v. ALL DEFENDANTS

130.    Plaintiff incorporates all facts and allegations set forth elsewhere in this Complaint.

131.    The representations of the defendants regarding the subject vehicle's history and condition constituted express warranties and implied warranties under the laws in the Commonwealth of Pennsylvania, including misrepresenting the vehicle as carefully inspected and never in any accidents or damaged and concealing the pre-sale accident(s) and damage.

132.    The vehicle was not merchantable, in breach of the implied warranty of merchantability, and it was not fit for the ordinary purposes for which such goods are sold.

133.    Plaintiff suffered actual damages proximately caused by these breaches of warranties as alleged above.

WHEREFORE, Plaintiff demands judgment against the defendants jointly and/or severally in excess of Fifty Thousand Dollars ($50,000), together with incidental and consequential damages, all damages to which plaintiff is entitled under the UCC, interest, costs, such other and/or equitable relief, including rescission, restitution and/or disgorgement, as the Court may find appropriate.

## COUNT VI
### VIOLATION OF THE PROFESSIONS AND OCCUPATIONS ACT
### BOARD OF VEHICLES ACT
### PLAINTIFF v. ALL DEFENDANTS

134.    Plaintiff incorporates all facts and allegations set forth in this Complaint.

135.    The licensing statute and code are intended in part to protect the public welfare generally and, more specifically, to protect consumers from dealer misconduct in the sale of motor vehicles.

136.    Pursuant to the Preamble the Legislature declared: "It is hereby declared to be the public policy of this Commonwealth to provide for fair and impartial regulation of those persons engaged in manufacturing, distributing or selling of vehicles. The provisions of this act which are applicable to such activities shall be administered in such a manner as will continue to promote fair dealing and honesty in the

vehicle industry and among those engaged therein without unfair or unreasonable discrimination or undue preference or advantage. <u>It is further declared to be the policy of this Commonwealth to protect the public interest in the purchase and trade of vehicles so as to insure protection against irresponsible vendors and dishonest or fraudulent sales practices</u> and to assist, provide and secure a stable, efficient, enforceable and verifiable method for the distribution of vehicles to consumers in this Commonwealth." (emphasis added).

137.    Pursuant to 63 P.S. §818.303(a)(1), the POVA/BOVA licensing regulations are intended "[t]o promote the public safety and welfare, it shall be unlawful for any person to engage in the business as a salesperson, dealer, branch lot, wholesale vehicle auction, public or retail vehicle auction, manufacturer, factory branch, distributor, distributor branch, factory representative or distributor representative within this Commonwealth unless the person has secured a license as required under this act."

138.    Pursuant to 49 Pa.C. § 19.1, the legislative findings underlying the POVA/BOVA licensing regulations are: "[t]he General Assembly of this Commonwealth finds and declares that the sale of new and used motor vehicles in the Commonwealth vitally affects the general economy of the Commonwealth, the public interest and public welfare, and that in order to promote the public interest and the public welfare, and in the exercise of its police power, it is necessary to license manufacturers, dealers and salespersons of new and used motor vehicles doing business in the Commonwealth, <u>in order to prevent frauds, impositions and other abuses upon its citizens and to protect and preserve the investments and properties of the citizens of this Commonwealth.</u>" (emphasis added).

139.    Defendants are required to be licensed under the PAOA/BOVA.

140.    Defendants are licensed and/or are required to licensed dealer, new vehicle franchise, and/or motor vehicle salesperson, and/or sell new motor vehicles.

–23–

141.    The misconduct more particularly identified above and below constitute violations of 63 P.S. § 818.318(2), (3), (5), (6), (7), (21), (23), (24), and (26).

142.    As a result of the Defendants' misconduct, the Plaintiff was deprived of the use and enjoyment of the subject vehicle, the use and enjoyment of their down payment, will incur costs and expenses for replacement vehicles, incurred inconveniences and frustration, together with the other damages set forth above and below.

143.    The defendants' individual and collective acts and/or omissions were substantial contributing factors and causes of violations of the duties as set forth in this Count and to plaintiff's indivisible harm and damages more fully described above and below, and render the defendants joint and severally liable to the plaintiff.

144.    The Board of Vehicles Act – also known as the Profession and Occupation Act – provides for a private right of action and civil remedies.  63 P.S. § 818.329.

**§ 818.329.  Civil actions for violations**

> Notwithstanding the terms, provisions or conditions of any agreement or franchise or other terms or provisions of any novation, waiver or other written instrument, any person who is or may be injured by a violation of a provision of this act of any party to a franchise who is so injured in his business or property by a violation of a provision of this act relating to that franchise, or any person so injured because he refuses to accede to a proposal for an arrangement which, if consummated, would be in violation of this act, may bring an action for damages and equitable relief, including injunctive relief, in any court of competent jurisdiction.

63 P.S. § 818.329.

WHEREFORE, Plaintiff demands judgment against the defendants jointly and/or severally in excess of Fifty Thousand Dollars ($50,000), together with incidental and consequential damages, all damages to which plaintiff is entitled under the UCC, interest, costs, such other and/or equitable relief,

including rescission, restitution and/or disgorgement, as the Court may find appropriate.

## COUNT VII
### VIOLATION OF PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW
### PLAINTIFF v. ALL DEFENDANTS

145.    Plaintiff incorporates by reference all facts and allegations set forth in this Complaint.

146.    The actions and omissions of Defendants as hereinbefore and hereinafter described constitute violations of the Unfair Trade Practices and Consumer Protection Law (UTPCPL), 73 Pa.C.S.A. § 201-1 *et. seq.*, which are in-and-of-themselves fraudulent, deceptive and misleading, constituting violations of the Unfair Trade Practices and Consumer Protection Law, 73 Pa.C.S.A. § 201-1 *et. seq.*

147.    The actions and omissions of Defendants has hereinbefore and hereinafter described constitute violations of the following sections of the UTPCPL 73 P.S. § 201-2(4):

(ii)     Causing likelihood of confusion or of misunderstanding as to the source, sponsorship, approval or certification of goods or services;

(iii)    Causing likelihood of confusion or of misunderstanding as to affiliation, connection or association with, or certification by, another;

(v)      Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation or connection that he does not have;

(vi)     Representing that goods are original or new if they are deteriorated, altered, reconditioned, reclaimed, used or secondhand;

(vii)    Representing that goods or services are of a particular standard, quality or grade,

–25–

or that goods are of a particular style or model, if they are of another;

(ix)    Advertising goods or services with intent not to sell them as advertised;

(xxi)   Engaging in any other fraudulent or deceptive conduct which creates likelihood
of confusion or of misunderstanding.

**Pennsylvania Automotive Industry Trade Practices**

148.    The defendants' actions, including misrepresenting the vehicle's history, condition and value, misrepresenting the seller and the terms and conditions of the sale and financing, as set forth in more detail above and below, and/or the respective sales documents, violated the following provisions of the Pennsylvania Automotive Industry Trade Practices:

§ 301.2. Advertising and sales presentation requirements (1) The use of different type, size, style, location, sound, lighting or color, so as to obscure or make misleading a material fact in an advertisement or sales presentation.(2) The misrepresentation in any way of the size, inventory or nature of the business of the advertiser or seller; the expertise of the advertiser or seller or his agents or employes; or the ability or capacity of the advertiser or seller to offer price reductions.(3) The use of an advertisement or sales presentation as part of a plan or scheme not to sell the vehicles or services advertised, or both, or not to sell the vehicles or services advertised or presented at the advertised price. The following will be *prima facie* evidence of a plan or scheme not to sell the motor vehicles or services or not to sell the vehicles or services at the advertised or represented prices:
  (i) Refusing to show, display, sell or otherwise provide the goods and services advertised in under the terms of the advertisement.(ii) Disparaging by act or word the advertised goods and services; the warranty; the credit terms; the availability of service, repairs or parts; or anything which in any other respect is a material fact connected with the sale of the advertised goods and services.(iii) Refusing to take orders for advertised goods and services or taking orders at a price greater than the advertised price.(iv) Showing, demonstrating or delivering advertised goods or services which are obviously defective, unusable or unsuitable for the purpose represented or implied in the advertisement or sales presentation.
(4) The failure or refusal to sell a motor vehicle or other goods or services under terms or conditions, including price or warranty, which a motor vehicle manufacturer or dealer or repair shop has advertised or otherwise represented.(5) The representation in an advertisement or sales presentation that a motor vehicle or motor vehicle goods or services are of a particular style, model, standard, quality or grade if they are of another or if the representation conflicts with a written notice or disclosure required under this chapter. (6) The making of a

–26–

representation or statement of a fact in an advertisement or sales presentation if the advertiser or salesperson knows or should know that the representation or statement is false and misleading or if the advertiser or salesperson does not have sufficient information upon which a reasonable belief in the truth of the representation could be based.§ 301.4. General provisions -- motor vehicle dealer (a) With regard to a motor vehicle dealer, the following will be considered unfair methods of competition and unfair or deceptive acts or practices:

(2) Using a printed or written contract form agreement, receipt or invoice in connection with the sale of a motor vehicle which is not clearly identified and which does not contain the following:

(i) The name and address of the dealer and purchaser.

(iii) A description of the purchased vehicle as either "new" or "used" and, if used, a brief description of its prior usage such as "executive," "demonstrator," "reconstructed," or any prior usage which is required to be noted on a Pennsylvania Certificate of Title or which appears on the title of any state through which the dealer has acquired ownership.(iv) The total contract price, including an itemized list of charges for repairs, services, dealer-installed optional accessories and documentary preparation which are not included in the purchase price.

(4)    Using in a motor vehicle purchase contract a liquidated damage clause or similar clause which requires the forfeiture of a purchaser's deposit or security when the purchaser cancels or breaches the contract unless: the clause contains a specific dollar amount or item to be retained by the dealer; the clause is clear and conspicuous; the purchaser assents to the clause by initialing the same; and the clause is not otherwise unlawful.(6) Failing to refund the full amount of a purchaser deposit promptly when:

(iv) The dealer fails to deliver to the purchaser a motor vehicle which conforms to the terms of the contract.

(9) Where no express warranty is given, attempting to exclude the implied warranties of merchantability and fitness for a particular purpose in the sale of a motor vehicle purchased primarily for personal, family or household purposes unless the following notice in at least 20-point bold type is prominently affixed to a window in the motor vehicle so as to be easily read from the outside and is brought to the attention of the prospective purchaser by the seller:This vehicle is sold *without* any *warranty.* The purchaser will bear the *entire expense* of repairing or correcting any defects that presently exist and/or may occur in the motor vehicle unless the salesperson promises *in writing* to correct such defect or promises in *writing* that certain defects do not exist.This paragraph prohibits the use of the term "AS IS" unless the sales contract, receipt, agreement or memorandum contains the following information in a clear, concise and conspicuous manner on the face of the document; the notice shall be in addition to the window statement required by this paragraph and may not contradict an oral or written statement, claim or representation made directly or by implication with regard to the quality, performance, reliability or lack of mechanical defects of a motor vehicle which is offered for sale:AS IS*THIS MOTOR VEHICLE IS SOLD AS IS WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE PURCHASER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECTS THAT PRESENTLY EXIST OR THAT MAY OCCUR IN THE VEHICLE.*(10) Failing to forward to the proper Commonwealth agency amounts and forms tendered by a purchaser, such as sales tax and transfer and registration fees, within the time prescribed by law.

149.    Plaintiff claims all damages to which they are entitled arising from Defendants' violations of the Unfair Trade Practices and Consumer Protection Law.

150.    The actions and omissions of Defendants as hereinbefore and hereinafter described constitute violations of the Unfair Trade Practices and Consumer Protection Law, 73 Pa.C.S.A. § 201-1 *et. seq.*, which are in-and-of-themselves fraudulent, deceptive and misleading, constituting violations of the Unfair Trade Practices and Consumer Protection Law, 73 Pa.C.S.A. § 201-1 *et. seq.*

151.    Plaintiff claims all damages to which they are entitled arising from Defendants' violations of the Unfair Trade Practices and Consumer Protection Law.

WHEREFORE, Plaintiff demands judgment against the Defendants in an amount greater than Fifty Thousand Dollars ($50,000), together with incidental and consequential damages, interest, costs, counsel fees, treble damages, and such other relief, including equitable relief, including rescission, restitution and/or disgorgement, the Court may find appropriate.

**BENSLEY LAW OFFICES, LLC**

BY:    **/s/William C. Bensley**
       **WILLIAM C. BENSLEY**
       **Attorney for Plaintiff**

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**
**CIVIL DIVISION**

COVER SHEET

| Plaintiff(s)          Vs | |
|---|---|
| JULIE RENEE THOMAS and JEFFERY ALAN THOMAS, II, w/h | **Case Number :** |
| | **Type of pleading :** Complaint Exhibits |
| Vs. | **Filed on behalf of** Plaintiffs, Julie Thomas and Jeffery Thomas<br><br>(Name of the filing party) |
| **Defendant(s)** | |
| PLAZA AUTO MALL<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>and<br>ROBERT MCILWAIN<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>and<br>SCOTT BONFORTI<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>and<br>MAKSIM SLUVIS<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>and<br>AMERICAN HONDA MOTORS CO., INC.<br>1919 Torrance Boulevard<br>Torrance, CA 90501-2746 | ■ Counsel of Record    William B. Bensley, Esq.<br><br>☐ Individual, If Pro Se |
| | **Address, Telephone Number, and Email Address:**<br>William C. Bensley, Esq.<br>Bensley Law Offices, LLC<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA  19102<br>267-322-4000<br>wcbensley@bensleylawoffices.com |
| | Attorney's State ID  **PA** |
| | Attorney's Firm ID  **79953** |

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# Plaza AUTO MALL

CUST# 356367
DEAL# 27278
mcarchu7@mail.com

| | |
|---|---|
| BUYER JOLIE RENEE THOMAS<br>JEFFERY ALAN THOMAS II | DATE 02/14/2024 |
| STREET ADDRESS 215 BUCKINGHAM DR | |
| CITY PITTSBURGH | STATE PA | ZIP 15237 |
| RESIDENCE PHONE (412) 916-8504 | BUSINESS PHONE |

**PLEASE ENTER MY ORDER FOR THE FOLLOWING**

| STOCK NO. A5779FL |
|---|
| NEW ☐  USED ON ☒  DEMO ☐ |

| YEAR | MAKE | MODEL |
|---|---|---|
| 2023 | ACURA | TLX | TYPE S W/F |

VIN: 19 U U B 7 F 5 0 P A 0 0 0 1 6 1

EXT TYPE S W/F

INT MARSIK BLUIS

MILEAGE 2303

IF THIS CONTRACT IS CANCELLED BY ME WITHOUT
YOUR CONSENT, I UNDERSTAND I SHALL BE LIABLE TO
YOU, FOR LIQUIDATED DAMAGES IN ACCORDANCE WITH
PARAGRAPH FIVE (5) REVERSE SIDE.

| | |
|---|---|
| UNIT PRICE OF VEHICLE | $ 46000 00 |
| DEALER INSTALLED EQUIPMENT AND SERVICES | |
| ANTI THEFT WINDOW ETCHING (BASIC PLAN) | N/A |
| DESTINATION | N/A |
| SUB-TOTAL | 46000 00 |
| TRADE ALLOWANCE | N/A |
| SUB-TOTAL | 46000 00 |
| TAX SALES TAX | 3220 00 |
| DOC FEE | 175 00 |
| OTHER FEES | N/A |
| NYS WASTE TIRE FEE | N/A |
| NEW PLATES ☒ REG ☐ AND N.Y.S. INSPECTION | 517 00 |
| TOTAL COST | 49912 00 |
| DEPOSIT ☐ CASH ☐ CERTIFIED OR ☒ CREDIT CARD | 10000 00 |
| REBATE ASSIGNED TO DEALER | N/A |
| TRADE PAYOFF | N/A |

$ 175.00

DESCRIPTION OF TRADE IN

| YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|
| VIN # | | MILEAGE | |
| BANK | | ACCT # | | AMOUNT |

CERTIFIED CHECK OR CASH ON DELIVERY

X _Jolie Thomas_   BUYER'S SIGNATURE   02/14/2024   DATE

ACCEPTED BY _Jolie Thomas_ SALESMAN

# EXHIBIT 2

# EXHIBIT 2

# EXHIBIT 2



**USAA Federal Savings Bank**
10750 McDermott Freeway
San Antonio, Texas 78288-0544

# DEALER FUNDING REQUEST

| | |
|---|---|
| Approval Code | CLI3CE50442686 |
| USAA Member Number | 032886889 |
| Borrower Name(s) | JULIE R THOMAS |
| | Jeffery A Thomas |
| Form Number | 66995-LN1150723409 |

Dealer: Fax these documents to 877-832-3052 to receive funding.

We usually send the funds within 1-2 business days of receiving all of the following documents:

- This Dealer Funding Request form. Send as page 1.
- Borrower signed purchase agreement including any adjustments for trades and/or down payments.
- Title application for each titled collateral listing at least one of the listed borrowers as a registered owner AND showing USAA Federal Savings Bank as lien holder according to the lien information provided. The dealership agrees to submit all necessary titling paperwork to the appropriate state agency within 10 days of the purchase date. Refer to the lien holder information section.

**Dealership Information**
Dealership Name: PLAZA IMPSLT LLC, DBA PLAZA ACURA *(Include DBA name if applicable)*
Contact Name: PAUL CARTER
Phone: (847)554-6354
Fax:

**Funding Information**    Funding Information for a 2023 or newer vehicle
Purchase Date: FEB 14 2024
Balance Due to Dealer: $39,912.00 (minimum $5,000)

This should match the balance due or balance to finance listed on the Purchase Agreement. The minimum loan amount is $5000.

Dealer's Bank Account Number: 988620257
Dealer's Bank (ACH) Routing Number: 022000046

☒ **REQUIRED: Dealer must check box to receive funding.**
I acknowledge that the borrower has a direct loan from USAA Federal Savings Bank and attest that the loan proceeds were NOT used to purchase credit-related ancillary products, including Guaranteed Asset Protection, referred to as GAP. USAA will refuse payment if loan proceeds are used to purchase any credit-related ancillary products.

Important: USAA reserves the right to delay payment, refuse payment or pay a lesser amount if the requested amount exceeds loan approval amount, the requested amount does not meet USAA collateral value requirements or USAA suspects fraud.

Z000000544088014 - Z000000544088016
BANK_032886889_66995-1150723409



66995-1123

# EXHIBIT 3

# EXHIBIT 3

# EXHIBIT 3

 **VEHICLE HISTORY**  🔍 Search Cars, VIN, Body Style... ☰

# 2023 Acura TLX Vehicle History Report



1 / 6

*Photo: 2024*

| | | |
|---|---|---|
| ‖‖‖‖ VIN: | | 19UUB7F99PA001616 |
| 🚗 Vehicle: | | 2023 Acura TLX |
| 🛠 Assembled: | | AMERICAN HONDA MOTOR CO., INC. |
| 📅 Vehicle Age: | | 1 year(s) |

⌗ **Detailed Vehicle History**                                              ›

ⓘ No Auctions & Incidents

# EXHIBIT 4

# EXHIBIT 4



**Plaza AUTO MALL**

CUST# 356367
DEAL# 27278
mcarthu7@gmail.com

| PLEASE ENTER MY ORDER FOR THE FOLLOWING | | | | STOCK NO. |
|---|---|---|---|---|
| BUYER JULIE RENEE THOMAS / JEFFERY ALAN THOMAS II | DATE 02/27/2024 | ☐ NEW  ☐ USED OR  ☒ DEMO | | A5780L |
| STREET ADDRESS 215 BUCKINGHAM DR | | YEAR 2023 | MAKE ACURA | MODEL TLX | TYPE S W/P |
| CITY PITTSBURGH  STATE PA  ZIP 15237 | | VIN NO. 1 9 U U B 7 F 9 9 P A 0 0 1 6 1 6 | | |
| RESIDENCE PHONE (412)916-6504   BUSINESS PHONE | | COLOR RED | TRIM TYPE S W/P | |
| | | MILEAGE 3189 | SALESMAN MAKSIM SLUVIS | |

**IF THIS CONTRACT IS CANCELLED BY ME WITHOUT YOUR CONSENT, I UNDERSTAND I SHALL BE LIABLE TO YOU FOR LIQUIDATED DAMAGES IN ACCORDANCE WITH PARAGRAPH FIVE (5) REVERSE SIDE.**

"Dealer's optional fee for processing application for registration and/or certificate of title, and for securing special or distinctive plates (if applicable). THIS IS NOT A DMV FEE *$175.00"    **$ 175.00**

DESCRIPTION OF TRADE IN

| YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|
| VIN # | | | MILEAGE |
| BANK | ACCT.# | | AMOUNT |

| | | |
|---|---|---|
| UNIT PRICE OF VEHICLE | | $ 46000.00 |
| DEALER INSTALLED EQUIPMENT AND SERVICES | | |
| Refund $1070.00 | | |
| ANTI THEFT WINDOW ETCHING (BASIC PLAN) | | N/A |
| DESTINATION | | N/A |
| | SUB-TOTAL | 46000.00 |
| TRADE ALLOWANCE | | N/A |
| | SUB-TOTAL | 46000.00 |
| | 8.875% SALES TAX | 3220.00 |
| DOC FEE | | 175.00 |
| OTHER FEES | | |
| NYS WASTE TIRE FEE | | N/A |
| NEW PLATES ☒ REG ☐ AND ☐ N.Y.S. INSPECTION | | 517.00 |
| | TOTAL COST | 49912.00 |
| DEPOSIT ☐ CASH. ☐ CERTIFIED CK ☐ CREDIT CARD | | 10000.00 |
| REBATE ASSIGNED TO DEALER | | N/A |
| TRADE PAYOFF | | N/A |
| CERTIFIED CHECK OR CASH ON DELIVERY | | 39912.00 |

*NOTICE TO CONSUMER: IF THE VEHICLE IS NOT DELIVERED IN ACCORDANCE WITH THIS AGREEMENT WITHIN 30 DAYS AFTER THE ESTIMATED DELIVERY DATE AND THE DELAY IS NOT ATTRIBUTABLE TO YOU YOU HAVE THE RIGHT TO CANCEL THIS AGREEMENT AND TO RECEIVE A FULL REFUND OF YOUR DEPOSIT.

ESTIMATED DELIVERY DATE 02/27/24   DELIVERY LOCATION

PRIOR USE CERTIFICATION (required by Vehicle and Traffic Law 417-A if principal use of the vehicle were a police vehicle, taxicab, driver education vehicle or rental vehicle). The principal prior use of this vehicle was as: a police vehicle ___, a taxicab ___, a driver education vehicle ___, or rental vehicle ___.

*The optional dealer registration or title application processing fee ($175.00 maximum) and special plate processing fee ($5.00 maximum) are not New York State or Department of Motor Vehicles fees. Unless a lien is being recorded or the dealer issued number plates, you may submit your own application for registration and/or certificate of title or for a special or distinctive plate to any motor vehicle issuing office.

IS THE TRADE IN VEHICLE BRANDED ☐ YES ☐ NO   CUSTOMER INITIALS

BRANDED VEHICLE. A BRANDED VEHICLE IS ONE THAT STATES ON THE CERTIFICATE OF TITLE ONE OF THE FOLLOWING BRANDS (RECONSTRUCTED, NON-USA-STD, EXCEEDS MECHANICAL LIMITS, NOT ACTUAL MILEAGE OR WARRANTY NON-CONFORMITY) SUCH BRANDED TITLE AFFECT THIS TRADE IN PRICE ON THE ACCEPTANCE AS A TRADE IN.

SPECIAL NOTICE TO CONSUMER
IF, UNDER THE LAW OF THE STATE OF NEW YORK CONTROLLING THE SALE OF USED MOTOR VEHICLES, BUYER SHOULD BE ENTITLED TO A REFUND IN CONNECTION WITH THIS TRANSACTION, THE VALUE OF ANY VEHICLE BUYER MAY HAVE TRADED IN (IF THE SELLER CHOOSES NOT TO RETURN IT TO BUYER) SHALL NOT BE THE VALUE LISTED IN THIS DOCUMENT, INSTEAD, THE VALUE WILL BE DETERMINED BASED ON THE NATIONAL AUTO DEALERS ASSOCIATION USED CAR GUIDE WHOLESALE VALUE OR OTHER GUIDE APPROVED BY THE COMMISSIONER OF MOTOR VEHICLES, AND ADJUSTED FOR MILEAGE, IMPROVEMENTS AND ANY MAJOR PHYSICAL DEFECTS.

IF YOU AGREE TO ASSIST ME IN OBTAINING FINANCING FOR ANY PORTION OF THIS AGREEMENT THEN THIS CONTRACT IS NON-BINDING IN ACCORDANCE WITH REGULATION "Z" UNTIL ALL TRUTH IN LENDING DISCLOSURES HAVE BEEN GIVEN TO ME AND ARE ACCEPTED BY ME.

USED VEHICLE DISCLOSURE STATEMENT. THE INFORMATION BUYER SEES ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

I agree that this Contract includes all of the terms and conditions on both the face and the reverse side hereof. This Contract is not binding unless signed by you or your authorized manager. New plates will not be obtained until vehicle is paid for in full.

This car must be paid in full and delivered by date 02/27/24 to qualify for any special incentives.

I acknowledge that by my signature on this Contract that I have read its terms and conditions and that I have received a completed copy of this Contract. Refund checks will be mailed out within 30 days.

I certify that I am of legal age to execute binding contract in this state.

X _Julie Thomas_   DATE 02/27/2024
BUYER'S SIGNATURE
SS# 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

THE AMOUNT INDICATED ON THIS SALES CONTRACT OR LEASE AGREEMENT FOR REGISTRATION AND TITLE FEES IS AN ESTIMATE. IN SOME INSTANCES, IT MAY EXCEED THE ACTUAL FEES DUE THE COMMISSIONER OF MOTOR VEHICLES. THE DEALER WILL, AUTOMATICALLY AND WITHIN SIXTY DAYS OF SECURING SUCH REGISTRATION AND TITLE, REFUND OF ANY AMOUNT OVERPAID FOR SUCH FEES.

CUSTOMER'S INITIALS: ___   DATE: 02/27/2024

IMPORTANT NOTICE TO USED CAR BUYER
(a) STATE LAW REQUIRES THAT SELLER OF SECONDHAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
(b) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
(c) BUYER HAS A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.
(d) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004 COMPLAINT PHONE: 212-487-4444, NYC DCA LIC NO 1018293 - 1109036

ACCEPTED BY: ___   SIGNATURE

NYS - DLR. LIC. NO. 7034533, 7024378, 7070331, 7084361, 7057971



## Prior Use Disclosure Acknowledgement

| Year: | Make: | Model: | Mileage: |
|---|---|---|---|
| 2023 | ACURA | TLX | 3189 |

VIN # | 1 | 9 | U | U | B | 7 | F | 9 | 9 | P | A | 0 | 0 | 1 | 6 | 1 | 6 |

**Prior Use**

Dealership policy is to disclose to Customer the prior use of a vehicle when that use is known or ascertainable to the Dealership and that use was anything other than as a private passenger vehicle. The prior use of the vehicles is as indicated below:

    X   Private passenger vehicle

    ___  Rental Vehicle *(purchased from a rental car company)*

    ___  Taxi, Livery Vehicle

    ___  Demo

    ___  Other _____

Dealership has no knowledge of any makes no representation regarding prior use which has not been disclosed in the dealership or which is not ascertainable from the title and other documentation regarding the vehicle.

**Prior Defects, Damage, or Repairs**

Dealership policy is to inform customers of any significant prior damage or repairs which are known to the Dealership however, Dealership can not warrant that a vehicle is free from any prior defects, damage, or repairs, in some case, prior mechanical or body damage and/or repairs may not have been disclosed to the Dealership, or may not be detectable in the course of the Dealership inspection of the vehicle.

Dealership, allows all customer the opportunity to have the vehicle they are considering inspected by a technician or auto body expert prior to purchase *(at customer's own expense)*. If Customer has any concerns about prior damage or repairs, Customer is advised to have an inspection performed.

Customer acknowledge that Dealership is not responsible for any prior mechanical or body damage and or repairs other than what is required by law which dealership has no knowledge of at the time of the sale and that dealership makes no representations or warranties that the vehicle is free from any prior damage and or repairs. dealership's obligation is limited to the disclosure of known damage or prior repairs.

Buyer Name:                       Co-Buyer Name:

JULIE RENEE THOMAS           JEFFERY ALAN THOMAS II

*Julie Thomas* 02/28/2024        *Jeff Thomas* 02/28/2024

Buyer Signature:    Date:           Co-Buyer Signature    Date:

# EXHIBIT 5

# EXHIBIT 5

# EXHIBIT 5

William Bensley (C481825)
Philadelphia, PA
Reference Number: THOMAS

 **History-Based Value Report**



## History events affecting this vehicle's value

| No Accidents Reported | 1-Owner Vehicle | Prior Certified Pre-Owned |
| --- | --- | --- |

## $49,170 Retail Value

 **Vehicle History Report™**

**2023 ACURA TLX SH-AWD TYPE S W/PERF. WHEEL+TIRE**

VIN: 19UUB7F99PA001616
SEDAN 4 DR
3.0L V6
GASOLINE
ALL WHEEL DRIVE

| | |
| --- | --- |
| ✓ | No accidents or damage reported to CARFAX |
| ① | CARFAX 1-Owner vehicle |
| 🚌 | Commercial vehicle |
| 🌐 | Last owned in New York |
| 📋 6 | Detailed records available |
| 004 3,266 | Last reported odometer reading |

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/26/24 at 7:57:18 AM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

| **CARFAX** **Additional History** Not all accidents / issues are reported to CARFAX | **Owner 1** |
| --- | --- |

| | |
|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ☑ No Issues<br>Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | ☑ No Issues<br>Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ☑ No Issues<br>Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ☑ No Issues<br>Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | ☑ No Issues<br>Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check with an authorized Acura dealer for any open recalls. | ☑ No Recalls<br>Reported |
| **Basic Warranty**<br>Original warranty estimated to have 41 months or 46,734 miles remaining. Confirm with dealer or vehicle manufacturer. | ☑ Warranty<br>Active |

| **CARFAX** Title History<br>CARFAX guarantees the information in this section | Owner 1 |
|---|---|
| **Damage Brands**<br>Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ☑ Guaranteed<br>No Problem |
| **Odometer Brands**<br>Not Actual Mileage \| Exceeds Mechanical Limits | ☑ Guaranteed<br>No Problem |

 **GUARANTEED** - None of these title problems were reported by a U.S. state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, you may qualify.
View Terms

| **CARFAX** Ownership History<br>The number of owners is estimated | Owner 1 |
|---|---|
| Year purchased | 2023 |
| Type of owner | Commercial |
| Estimated length of ownership | 5 months |
| Owned in the following states/provinces | New York |
| Estimated miles driven per year | --- |
| Last reported odometer reading | 3,266 |

**CARFAX** Detailed History

| | Owner 1<br>Purchased: 2023 | | Commercial<br>Vehicle |
|---|---|---|---|
| **Date** | **Mileage** | **Source** | **Comments** |
| 07/18/2023 | 2 | New York<br>Inspection Station | **Passed safety inspection**<br>- Emissions inspection performed |
| 08/14/2023 | | New York<br>Motor Vehicle Dept.<br>Brooklyn, NY | **Title issued or updated**<br>- Registration issued or renewed<br>- First owner reported<br>- Titled or registered as commercial<br>  vehicle<br>- Passed safety inspection |
| 12/08/2023 | | New York<br>Motor Vehicle Dept.<br>Brooklyn, NY | **Registration issued or renewed**<br>- Titled or registered as commercial<br>  vehicle<br>- Passed safety inspection |
| 01/19/2024 | 3,189 | Plaza Auto Mall<br>Brooklyn, NY<br>718-874-9269<br>⭐ **2.2 / 5.0**<br>5 Verified Reviews<br>💙 **1 Customer Favorite** | **Vehicle offered for sale** |
| 01/24/2024 | 3,266 | Acura Certified Dealer<br>Brooklyn, NY<br>Ⓐ**ACURA**<br>Certified Pre-Owned | **Offered for sale as an Acura Certified<br>Pre-Owned Vehicle** |
| 02/29/2024 | | Acura Certified Dealer<br>Brooklyn, NY<br>Ⓐ**ACURA**<br>Certified Pre-Owned | **Sold as an Acura Certified Pre-Owned<br>Vehicle** |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or
Subscribers, please visit our Help Center at www.carfaxonline.com.

**CARFAX** Glossary

**Commercial**
Vehicle was registered for business purposes.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**

CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:     facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2024 CARFAX, Inc., part of S&P Global. All rights reserved.
3/26/24 7:57:18 AM (CDT)

**CARFAX** **Warranty Check™**

CARFAX has estimated the remaining original manufacturer warranty coverage based on information reported to us on this 2023 ACURA TLX SH-AWD TYPE S W/PERF. WHEEL+TIRE (19UUB7F99PA001616).

**2023 ACURA TLX SH-AWD TYPE S W/PERF. WHEEL+TIRE**

| | |
|---|---|
| VIN: | 19UUB7F99PA001616 |
| Estimated start date of warranty: | 07/26/2023 |
| Last CARFAX reading reported on 01/24/2024: | 3,266 miles |
| Today's Date: | 03/26/2024 |

| Type of Coverage | Original Warranty | Estimated Remaining Coverage |
|---|---|---|
| Basic | 48 months or 50,000 miles | 40 months or 46,734 miles |
| Drivetrain | 72 months or 70,000 miles | 64 months or 66,734 miles |
| Emissions | 48 months or 50,000 miles | 40 months or 46,734 miles |
| Corrosion | 60 months or unlimited mileage | 52 months or unlimited mileage |
| Transferable | No data reported to CARFAX | |
| Roadside | 48 months or 50,000 miles | 40 months or 46,734 miles |
| Safety belt & inflatable restraint | 180 months or 150,000 miles | 172 months or 146,734 miles |
| Specific Components | 48 months or 50,000 miles | 40 months or 46,734 miles |
| Notes | Federal Emission Performance coverage: 4/50,000. California Emission Defect coverage: 4/50,000. California Emission Long Term Defect coverage: 7/70,000. California Emission Performance coverage: 4/50,000. Scheduled Maintenance Program coverage: 2/24,000. | |

ℹ CARFAX Warranty Check provides an **estimate** of this vehicle's remaining warranty coverage. It does not take into account some vehicle history events such as some title brands that may void the original manufacturer warranty or ownership transfers that may decrease warranty coverage. This warranty information is only valid for vehicles manufactured for the United States. Complete warranty coverage information is available for this vehicle at the ACURA website.

© 2024 CARFAX, Inc., part of S&P Global. All rights reserved.
3/26/24 7:57:18 AM (CDT)

# EXHIBIT 6

# EXHIBIT 6

# EXHIBIT 6











# EXHIBIT 7

# EXHIBIT 7

# EXHIBIT 7

UNITED STATES
POSTAL SERVICE®
This Certificate of Mailing provides evidence that mail has been presented to USPS®
This form may be used for domestic and international mail.

Certifica
M

From:

Bensley Law Offices, LLC
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

To: Brooklyn Acura a/k/a
Plaza Auto Mall
2751 Nostrand Ave.
Brooklyn, NY 11210

U.S. POSTAGE PAID
FCM LETTER
PHILADELPHIA, PA
APR 30, 24
AMOUNT
$2.00
R2304N117809-12

PS Form 3817, April 2007 PSN 7530-02-000-9085

RDC 99

---

Brooklyn Acura a/k/a
Plaza Auto Mall
2751 Nostrand Avenue
Brooklyn, NY  11210

　　Re:　2023 Acura TLX (VIN: 19UUB7F99PA001616)

Dear Sir or Madam:

　　This is to notify you that, by this letter, we have canceled the transaction in which we purchased the above-referenced vehicle from you. The cancellation is pursuant to the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. Section 201–7.　This was a home-based sale and no written three-day right of cancellation was provided.

　　You are required to return to us the entire purchase price paid for the car, including all collateral charges, such as for taxes, registration, and other charges. This refund must be made within 10 days of receipt of this notice.

　　The car is available for you to pick up, upon payment of the refund, within 20 days from the date of this notice of cancellation.

　　If you have any questions about this matter, you may contact me at 724-544-7565.

　　　　　　　　　　Regards,

　　　　　　　　　　Jeffery Alan Thomas, II
　　　　　　　　　　Julie Renee Thomas
　　　　　　　　　　215 Buckingham Drive
　　　　　　　　　　Pittsburgh, PA  15237

April 16, 2024

**VIA CERTIFIED MAIL/RETURN**
**RECEIPT REQUESTED**

Brooklyn Acura a/k/a
Plaza Auto Mall
2751 Nostrand Avenue
Brooklyn, NY 11210

Re:   2023 Acura TLX (VIN: 19UUB7F99PA001616)

Dear Sir or Madam:

This is to notify you that, by this letter, we have canceled the transaction in which we purchased the above-referenced vehicle from you. The cancellation is pursuant to the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. Section 201-7.  This was a home-based sale and no written three-day right of cancellation was provided.

You are required to return to us the entire purchase price paid for the car, including all collateral charges, such as for taxes, registration, and other charges. This refund must be made within 10 days of receipt of this notice.

The car is available for you to pick up, upon payment of the refund, within 20 days from the date of this notice of cancellation.

If you have any questions about this matter, you may contact me at 724-544-7565.

Regards,

*Julie Thomas* (signature)

Jeffery Alan Thomas, II
Julie Renee Thomas
215 Buckingham Drive
Pittsburgh, PA 15237

# EXHIBIT 8

# EXHIBIT 8

# EXHIBIT 8

  

May 1, 2024

Jeffrey & Julie Thomas
215 Buckingham Drive
Pittsburgh, PA 15237

Re: 2023 Acura TLX (VIN# 19UUB7F99PA001616)

Mr. & Mrs. Thomas:

Please accept this letter as a formal reply to your letter of April 16, 2024.

First, to address the claims in the letter, be advised that the 3-day right of rescission (or 'cancellation' in your letter) only applies to door-to-door sales – my client denies that the subject vehicle was sold in such fashion as they have no sales of this kind locally – nor do they do so in Pittsburgh, Pennsylvania.

Secondly, although Plaza Auto prides itself on customer satisfaction, I see no evidence in a review of the deal folder that would indicate any kind of issue with consumer law, New York or Pennsylvania. It is actually evident that not only were you provided with an extremely reasonable and competitive deal – all of the required paperwork from both a legal and in-store compliance standard were followed.

While we appreciate and are responsive to the needs of our clientele, the only 'right of rescission' in this jurisdiction was waived, as the vehicle would have been required to have been left for a 'holding period' of up to two (2) days before being driven off the lot. The vehicle's presence in Pittsburgh indicates that did not occur.

Again, your business is appreciated – and I would be willing to discuss any relevant concerns regarding the transaction or the quality and condition of the vehicle above as delivered. Otherwise, we consider this matter to be resolved regarding your demand of return of said vehicle.

Regards,

Eric L. Keltz
Compliance

# EXHIBIT 9

# EXHIBIT 9

# EXHIBIT 9

7/25/24, 12:22 PM

Acura of Brooklyn | Acura Dealer Near Manhattan

Open Today!    Service: 7am-7pm    Sales: 9am-8pm



(https://www.acuraofbrooklyn.com/new-vehicles/new-vehicle-specials-2/)

## Acura of Brooklyn

Year

dy

Model

## How Can We Help You?

1/6

Acura of Brooklyn | Acura Dealer Near Manhattan



(https://acura.plaza.cars/inventory)                    (/used-vehicles/)



(/new-vehicles/new-vehicle-specials/)                    (/service/schedule-service/)



*Prices do not include destination & handling charge.

*MPG based on model year EPA mileage ratings. Use for comparison purposes only. Your actual mileage will vary, depending on how you drive and maintain your vehicle, driving conditions, battery pack age/condition (hybrid only) and other factors.



**Get Your New Acura – Your Way**
- Browse Online
- Build Your Deal Online
- Make An Appointment At The Showroom OR
- Get Your New Acura Delivered



00:30



**SEE HOW IT WORKS (HTTPS://ACURA.PLAZA.CARS/HOW_IT_WORKS)**

>





(https://www.acuraofbrooklyn.com)

f
(https://www.facebook.com/AcuraOfBrooklyn/)    (https://www.youtube.com/watch?    (https://www.instagram.com/plazaautomall/?
v=3W4lSmrNfZM)    hl=en)



7/26/24, 12:22 PM                    Acura of Brooklyn | Acura Dealer Near Manhattan

Privacy Policy (https://www.acuraofbrooklyn.com/privacy-policy/)
Contact Us (https://www.acuraofbrooklyn.com/contact-us/)    Sitemap (/sitemap/)
Acura Owners (http://owners.acura.com/)    Acura.com (https://www.acura.com/)
Copyright © 2024 Acura of Brooklyn





# At Your Service...

## Welcome to Acura of Brooklyn



Acura of Brooklyn is part of the reputable Plaza Auto Mall Group, conveniently located on 2751 Nostrand Ave in the heart of Brooklyn, NY.

Drivers from all over Bay Ridge, Brooklyn, Queens, Bronx, Manhattan, Staten Island, Nassau County, and the surrounding New York areas have been visiting Plaza for decades to find the best offers on new Acura models, Certified Pre-Owned, and used cars from many different automakers at a wide range of price points. Our enthusiastic sales staff and top-trained technicians are dedicated to making sure you have a fun, easy, and financially advantageous automotive experience.

### Shop For A New Or Pre-Owned Acura Near Manhattan, NY

When you visit our showroom, you'll find an entire lineup of Acura's new cars and SUV's. You'll also find friendly salespeople who can't wait to share their knowledge with you about popular models like the aggressive and sporty TLX (/new-vehicles/tlx/), the refined RLX (/new-vehicles/rlx/), the smooth-as-silk RDX (/new-vehicles/rdx/), the sleek MDX (/new-vehicles/mdx/), or stylish ILX (/new-vehicles/ilx/).

Purchasing a vehicle is an important decision, and at Plaza you never have to worry about financing your next new, used, or Certified Pre-Owned Acura. Whether you're planning to buy or lease, you can rest assured knowing that Acura of Brooklyn's expert finance team will work diligently to get you the best hassle-free rates and terms.

### Expert Auto Service & Genuine Acura Parts Near Queens, NY

We know that your Acura means a lot to you. So, when it's time for regularly scheduled service, maintenance or repairs, our high-tech on-site Service Center (/service/) is staffed with skilled mechanics who will treat your vehicle with the professional care it deserves. Acura of Brooklyn also has an extensive inventory of genuine OEM components available. Whether you plan to do an at-home project or would like us to install them for you, we will happily assist you in getting the proper parts for the repair. The Acura of Brooklyn Service Department's main goal is to get your Acura back on the city streets in excellent shape as quickly as possible.

From our lot to your driveway, we go out of our way to make sure you ride away in the perfect vehicle that suits your driving tastes, budget, and lifestyle.

Stop by our dealership today, at 2751 Nostrand Ave, to learn more about us and what we can do to simplify your car buying experience.

In the meantime, feel free to call us to schedule a test drive, browse our new Acura inventory, inquire about financing or contact us with any questions or concerns. We look forward to meeting you!

## Acura of Brooklyn is located at: 2751 Nostrand Ave • Brooklyn, NY 11210

### Enter Your Starting Address

(https://www.acuraofbrooklyn.com)

Acura and Pre-Owned Car Dealer | Acura of Brooklyn

f
(https://www.facebook.com/AcuraOfBrooklyn/)

(https://www.youtube.com/watch?
v=3W4lSmrNfZM)

@
(https://www.instagram.com/plazaautomall/
hl=en)



Privacy Policy (https://www.acuraofbrooklyn.com/privacy-policy/)
Contact Us (https://www.acuraofbrooklyn.com/contact-us/)    Sitemap (/sitemap/)
Acura Owners (http://owners.acura.com/)    Acura.com (https://www.acura.com/)
Copyright © 2024 Acura of Brooklyn





Acura of Brooklyn Staff | Acura Dealer Near Queens

You Are Here: Home (https://www.acuraofbrooklyn.com/) > About Us (https://www.acuraofbrooklyn.com/about-us/) > **Staff**

# Staff
## Sales



**Salvatore Daleo**
Sales Manager



**Ewa Wojcicki**
Sales Manager



**Scott Bonforti**
Director, Pre-Owned Vehicles



**Ornah Corcino**
Manager, Pre-Owned Vehicles

## Service



**Dominick Mele**
Fixed Operations Director



**Rodney Eddy**
Service Manager



**Rayon Lambert**
Service Advisor



**Haobin Li**
Service Advisor

## Dealership Info

📞 **Phone Numbers:**

**Main:**
347-554-6350 (tel:3475546350)

**Sales:**
347-554-6350 (tel:3475546350)

**Service:**
347-334-6090 (tel:3473346090)

**Parts:**
347-334-6040 (tel:3473346040)

🕐 **Service Hours:**

**Special Hours**

 of July

osed

Regular Hours

on – Fri

7:00 AM – 7:00 PM

Sat - Sun

Closed

🕐 **Parts Hours:**

**Special Hours**

4th of July

Closed

**Regular Hours**

Mon – Fri

8:00 AM – 5:00 PM

Sat

8:00 AM – 5:00 PM

Sun

Closed

🕐 **Sales Hours:**

**Special Hours**

4th of July

9:00 AM – 3:00 PM

**Regular Hours**

Mon – Thu

9:00 AM – 8:00 PM

Fri – Sat

9:00 AM – 7:00 PM

Sun

11:00 AM – 5:00 PM





(https://www.acuraofbrooklyn.com)

f                        ▶                        ⊙
(https://www.facebook.com/AcuraOfBrooklyn/)  (https://www.youtube.com/watch?  (https://www.instagram.com/plazaautomall/?
                                              v=3W4lSmrNfZM)                  hl=en)



Privacy Policy (https://www.acuraofbrooklyn.com/privacy-policy/)
Contact Us (https://www.acuraofbrooklyn.com/contact-us/)    Sitemap (/sitemap/)
Acura Owners (http://owners.acura.com/)    Acura.com (https://www.acura.com/)
Copyright © 2024 Acura of Brooklyn

Auto Service, Oil Change & Car Maintenance near Queens

# Service Center



## Acura of Brooklyn Auto Repair & Service

⊙ Open Today! Service: 7am-7pm

☎ Call us at: 347-334-6090



We have a team of qualified service technicians standing by to help you with any of your service related needs. From oil changes, tire rotations, brake pads or transmission problems, we've got trained technicians who are able to help.

Please use the buttons below to schedule service at our dealership or contact our Service Department. You can also call us at 347-334-6090.

Acura of Brooklyn is located at: 2751 Nostrand Ave • Brooklyn, NY 11210

Enter Your Starting Address

(https://www.acuraofbrooklyn.com)

f                    ▶                    ⊙
(https://www.facebook.com/AcuraOfBrooklyn/) (https://www.youtube.com/watch? (https://www.instagram.com/plazaautomall/
                              v=3W4ISmrNfZM)                        hl=en)



Privacy Policy (https://www.acuraofbrooklyn.com/privacy-policy/)
Contact Us (https://www.acuraofbrooklyn.com/contact-us/)    Sitemap (/sitemap/)
Acura Owners (http://owners.acura.com/)    Acura.com (https://www.acura.com/)
Copyright © 2024 Acura of Brooklyn

Auto Service, Oil Change & Car Maintenance near Queens





# Plaza Body Shop



## Welcome to the Plaza Body Shop



Located on the same block as the Plaza service and sales departments, the Plaza Body Shop is the number one Dealer Preferred Collision Repair Center in New York. Our trained staff not only understands the bond between a vehicle and its owner but also the frustration that sets in upon discovering any bodily damage that has resulted from a collision. That's why we make it our top priority to ensure that each damaged vehicle returns completely revitalized in a timely fashion.

From a mild fender bender to a more serious car crash, the Plaza Body Shop has your back! Our phenomenal staff of trained professionals operates closely with insurance companies, as well as the service and parts departments, to get your vehicle back on the road. Need a boost? The Plaza team has got you covered. For your convenience, we offer our customers 24/7 towing services. Your satisfaction guaranteed!

## The Leader in Car Collision Repairs



The Plaza Body Shop is the best place to bring your car to be restored, no matter the make or model! We transform your unfortunate circumstance into a stress-free and positive experience. We repair all makes and models! Put us on speed dial! We use state of the art equipment and manage 100% of your claim. We use downdraft spray booths, frame, and unibody chassis machines, laser wheel alignment machines for airbag, engine and transmission problems. We also use factory urethane and water-based paint systems all in an effort to bring your car to a nearly new condition. Schedule your service online or call us to become one step closer to revitalizing your vehicle today!

## Collision Checklist:

1. Stay calm and call 911 immediately, even if no one was hurt.
2. Exchange the following information with the other driver:
   - Name
   - Address
   - Phone Number
   - Email Address
   - Driver's License Number
   - Insurance Company
   - Policy Number
3. Jot down as much as you can about the accident while it's fresh in your mind.
4. Call our Plaza Body Shop. Do not take any quick-fix offers. We're aware of the proper procedures and have formed great relationships with many insurance providers.
5. Have your vehicle towed in/ driven in to 2699 Nostrand Ave, Brooklyn, NY 11210 after the police have arrived and completed their police report.
6. Call your insurance company to file a claim.

## Meet Our Team

7/25/24, 12:23 PM                                    Auto Body Shop and Car Repair | Acura of Brooklyn



With nearly 40 years of experience in automotive restoration, the Plaza Body Shop remains a trusted facility for car owners in need. When you have problems, we provide solutions. Our expert employees will have you back behind the wheel faster than anybody else with the confidence of knowing your vehicle was touched by trusted hands.

## Contact Our Body Shop

**First Name***

**Last Name***

**Phone**

**Email***

**How Did You Hear About Us**

Please Select

**Inquiry***

*

☐ Terms and Conditions
I agree to receive promotional messages sent via an autodialer, and this agreement isn't a condition of any purchase. I also agree to the Terms of Service (https://app2.simpletexting.com/web-forms/terms/64fa40eee049c95fcc8edf78) and Privacy Policy (https://app2.simpletexting.com/web-forms/privacy-policy/64fa40eee049c95fcc8edf78) 4 Msgs/Month. Msg & Data rates may apply.

(https://www.acuraofbrooklyn.com)

f                                    ▶                                    ⓞ
(https://www.facebook.com/AcuraOfBrooklyn/)  (https://www.youtube.com/watch?  (https://www.instagram.com/plazaautomall/
                                              v=3W4lSmrNfZM)                    hl=en)

7/25/24, 12:23 PM                                Auto Body Shop and Car Repair | Acura of Brooklyn



Privacy Policy (https://www.acuraofbrooklyn.com/privacy-policy/)
Contact Us (https://www.acuraofbrooklyn.com/contact-us/)   Sitemap (/sitemap/)
Acura Owners (http://owners.acura.com/)   Acura.com (https://www.acura.com/)
Copyright © 2024 Acura of Brooklyn





Search Inventory

Sort                                                      Filter

## 2 Vehicles for Sale in Brooklyn, NY



Certified Used 2021
**Acura RDX A-Spec Package**
(https://www.acuraofbrooklyn.com/inventory/certified-used-2021-acura-rdx-a-spec-package-awd-4d-sport-utility-5j8tc2h67ml046469/)



**2800 Nostrand Ave | (718) 577-CARS**
(https://www.acuraofbrooklyn.com/inventory/certified-used-2021-acura-rdx-a-spec-package-awd-4d-sport-utility-5j8tc2h67ml046469/)



Certified Used 2022
**Acura MDX A-Spec**
(https://www.acuraofbrooklyn.com/inventory/certified-used-2022-acura-mdx-a-spec-awd-4d-sport-utility-5j8ye1h09nl031883/)





**2800 Nostrand Ave | (718) 577-CARS**
(https://www.acuraofbrooklyn.com/inventory/certified-used-2022-acura-mdx-a-spec-awd-4d-sport-utility-5j8ye1h09nl031883/)

< LAST                                   Page 1 of 1                                        NEXT >

 *mer: Price does not include sales tax, registration, titling, dealer doc fee of $175 and any other state or local taxes or fees based on where the will be registered*

(https://www.acuraofbrooklyn.com)

f
(https://www.facebook.com/AcuraOfBrooklyn/)   (https://www.youtube.com/watch?   (https://www.instagram.com/plazaautomall/?
                                               v=3W4lSmrNfZM)                      hl=en)



Privacy Policy (https://www.acuraofbrooklyn.com/privacy-policy/)
Contact Us (https://www.acuraofbrooklyn.com/contact-us/)   Sitemap (/sitemap/)
Acura Owners (http://owners.acura.com/)   Acura.com (https://www.acura.com/)
Copyright © 2024 Acura of Brooklyn







## 2800 Nostrand Ave | (718) 577-CARS











**CERTIFIED PRE-OWNED 2021 Acura RDX A-Spec Package**
VIN: 5J8TC2H87ML046469     STOCK: K3010PL

PLAZA PRICE          **$34,392** (https://www.acuraofbrooklyn.com/inventory/certified-used-2021-acura-rdx-a-spec-package-awd-4d-sport-utility-5j8tc2h67ml046469/)
❷ Details

Buy Online

Get Pre-Approved (https://www.acuraofbrooklyn.com/finance/apply-for-financing/)

Get More Info

Buy Online



(https://eshopping.honda.com/Content/ICECheckList?
p1=NUo4VEMySDY3TUwwNDY0Njk=&requestor=dealerinspire)

## Basic Info

| | |
|---|---|
| Drivetrain: | AWD |
| Transmission: | 10-Speed Automatic |
| Engine: | 2.0L 16V DOHC |
| Fuel Efficiency: | 21 CITY / 26 HWY |
| Mileage: | 18,825 |

## Key Features

AWD

ANDROID AUTO

APPLE CARPLAY

BACKUP CAMERA

FOG LIGHTS

HEATED SEATS

KEYLESS ENTRY

MEMORY SEATS

MOONROOF

NAVIGATION SYSTEM

POWER LIFTGATE

POWER SEATS

PREMIUM AUDIO

Payment Options

CASH

## $34,392

| Buy Online |
| --- |

## Other Vehicles You May Like







2800 Nostrand Ave | (718) 577-CARS

2021 Acura RDX Technology Package
$29,913
(https://www.acuraofbrooklyn.com/inventory/used-2021-acura-rdx-technology-package-awd-4d-sport-utility-5j8tc2h59ml048559)

2800 Nostrand Ave | (718) 577-CARS

2021 Acura RDX Technology Package
$32,274
(https://www.acuraofbrooklyn.com/inventory/used-2021-acura-rdx-technology-package-awd-4d-sport-utility-5j8tc2h55ml017107/)

2800 Nostrand Ave | (718) 577-CARS

2021 Acura RDX A-Spec Package
$35,504
(https://www.acuraofbrooklyn.com/inventory/used-2021-acura-rdx-a-spec-package-awd-4d-sport-utility-5j8tc2h60ml047625/)

## Customer Reviews



Overall Rating
### 4.8
OUT OF 5

★★★★★

Based on 45 customer reviews



(https://www.cars.com/research/acura-rdx-2021/consumer-reviews)

7/25/24, 12:24 PM                Certified,Pre-Owned 2021 Acura RDX A-Spec Package 4D Sport Utility in Brooklyn #K3010PL | Acura of Brooklyn

Read all customer reviews on Cars.com (https://www.cars.com/research/acura-rdx-2021/consumer-reviews)

## Get Directions


Enter starting address

to 2751 Nostrand Ave - Brooklyn, NY 11210

Get Directions

## Contact Us



📞 (347) 554-6350 (tel:+13475546350)

Message Us

♿ **Disclaimer:**
Price does not include sales tax, registration, titling, dealer doc fee of $175 and any other state or local taxes or fees based on where the vehicle will be registered

(https://www.acuraofbrooklyn.com)

f (https://www.facebook.com/AcuraOfBrooklyn/) ▶ (https://www.youtube.com/watch?v=3W4lSmrNfZM) ⊚ (https://www.instagram.com/plazaautomall/?hl=en)



Privacy Policy (https://www.acuraofbrooklyn.com/privacy-policy/)   Contact Us (https://www.acuraofbrooklyn.com/contact-us/)   Sitemap (/sitemap/)
Acura Owners (http://owners.acura.com/)   Acura.com (https://www.acura.com/)
Copyright © 2024 Acura of Brooklyn



# ACURA

PRECISION CRAFTED PERFORMANCE

---

## CERTIFIED
### PRE-OWNED VEHICLES



# 182-Point Inspection Checklist

---

**Dealer Name:** <u>Acura of Brooklyn</u>

Dealer #: <u>251069</u>

## Vehicle Information

Year: <u>2021</u>    Model: <u>RDX</u>    VIN: <u>5j8tc2h67ml046469</u>

Mileage: <u>3798</u>    Color: _____

Stock #: <u>K3010PL</u>    Repair Order #: <u>413188</u>

# 182–Point Inspection Checklist

**ACURA | CERTIFIED** PRE-OWNED VEHICLES

## VIN Verification

|   | Right | Not Right |
|---|---|---|
| 1. Vehicle History Report (VHR cannot have any conditions listed to the right) ...... | ☒ | ☐ |
| 2. VIN Status Inquiry (All open campaigns/recalls must be completed) .................. | ☒ | ☐ |
| 3. VIN Plates (All VIN plates must match engine compartment, doorjamb and dash) | ☒ | ☐ |
| 4. FMVSS and Tire Label (Both labels must be on the driver-side B-pillar) .............. | ☒ | ☐ |

**VEHICLES REPORTED WITH THE FOLLOWING ARE NOT ELIGIBLE FOR CERTIFICATION:**
- Odometer Rollback
- Not Actual Mileage
- Exceeds Mechanical Limits
- Manufacturer Buyback
- Hail/Fire/Flood Damage
- Dismantled/Reconstructed
- Branded/Junked/Salvaged Title
- Airbag Deployment/Gray Market

## Unibody

|   | Right | Not Right |
|---|---|---|
| 5. Frame (Carefully inspect the vehicle for any prior structural damage) ................ | ☒ | ☐ |

**VEHICLES WITH UNIBODY DAMAGE ARE NOT ELIGIBLE FOR CERTIFICATION**
Report any visible signs of unibody damage to the Service Manager.

## After-Market Accessories/Modifications

|   | Right | Not Right |
|---|---|---|
| 6. After-Market Accessories (Inspect vehicle for any after-market components) (Only Genuine Acura Factory accessories or accessory kits are acceptable on Acura Certified Pre-Owned Vehicles) | ☒ | ☐ |

**VEHICLES WITH AFTER-MARKET ITEMS ARE NOT ELIGIBLE FOR CERTIFICATION**
Non-OEM glass is acceptable only if it meets ACPV program standards. Refer to the certified program standards on page 4 of this checklist.

## Front Interior

| MEETS STANDARDS | YES | NO | N/A |
|---|---|---|---|
| 7. Key Remotes (Unlock, lock and panic buttons) ........................................ | ☒ | ☐ | ☐ |
| 8. Keyless Access System (Driver door button — unlock/lock) ...................... | ☒ | ☐ | ☐ |
| 9. Ignition Switch/Engine Start Button (Engine starts) ................................. | ☒ | ☐ | ☐ |
| 10. ECON Button (Operation — displays on dash) ......................................... | ☒ | ☐ | ☐ |
| 11. Remote Engine Start (Operation) ........................................................... | ☒ | ☐ | ☐ |
| 12. Door Chime (Operation) ...................................................................... | ☒ | ☐ | ☐ |
| 13. Instrumentation (All indicators illuminate "ON" position) ...................... | ☒ | ☐ | ☐ |
| 14. Dash (Condition, instrument panel, light and brightness) ...................... | ☒ | ☐ | ☐ |
| 15. Temperature/Fuel Gauge (Operation and needles) ................................ | ☒ | ☐ | ☐ |
| 16. Speedometer/Tachometer (Operation, needles and RPMs) ...................... | ☒ | ☐ | ☐ |
| 17. Clock (Operation and display) ............................................................. | ☒ | ☐ | ☐ |
| 18. Compass (Operation and display) ......................................................... | ☒ | ☐ | ☐ |
| 19. Horn (Operation) ............................................................................... | ☒ | ☐ | ☐ |
| 20. Steering Wheel (Condition, tilt, telescopic and lock mode) .................... | ☒ | ☐ | ☐ |
| 21. Steering Wheel-Mounted Controls (Operation) ..................................... | ☒ | ☐ | ☐ |
| 22. Windshield Wipers/Washers (Aim, pressure — front/rear) ...................... | ☒ | ☐ | ☐ |
| 23. Shifter (Check all shifting points — MT or AT) ...................................... | ☒ | ☐ | ☐ |
| 24. Backup/Parking Sensors (Operation only — front/rear) .......................... | ☒ | ☐ | ☐ |
| 25. Parking Brake (Engages and displays on dash) ...................................... | ☒ | ☐ | ☐ |
| 26. Hood Release (Operation) ................................................................... | ☒ | ☐ | ☐ |
| 27. Trunk/Tailgate/Hatch Release (Operation) ........................................... | ☒ | ☐ | ☐ |
| 28. Fuel Door Release (Operation) ............................................................. | ☒ | ☐ | ☐ |
| 29. Carpet (Condition — must be clean and free of damage) ........................ | ☒ | ☐ | ☐ |
| 30. Floor Mat Retention Hooks (Secure floor mats properly) ...................... | ☒ | ☐ | ☐ |
| 31. Center Console (Condition — opens, closes and locks) ........................... | ☒ | ☐ | ☐ |
| 32. Glove Box (Condition — opens, closes and locks) ................................... | ☒ | ☐ | ☐ |
| 33. Beverage Holders (Condition — must be clean) ...................................... | ☒ | ☐ | ☐ |
| 34. Coin Holder (Condition — must be clean) .............................................. | ☒ | ☐ | ☐ |
| 35. Armrest/Side Pockets (Condition — must be clean) ................................ | ☒ | ☐ | ☐ |
| 36. Seats (Upholstery condition, operation and tracks) ............................... | ☒ | ☐ | ☐ |
| 37. Seat Heaters (Operation and heating performance) ............................... | ☒ | ☐ | ☐ |
| 38. Seat Belts (Belts, buckles, latches and retraction) ................................ | ☒ | ☐ | ☐ |
| 39. Headrests (Adjustment — up/down) ..................................................... | ☒ | ☐ | ☐ |
| 40. Windows (Operation — noise, speed, full travel and glass) .................... | ☒ | ☐ | ☐ |
| 41. Front Doors (Operation, trim, panels, handles, latches, locks) .............. | ☒ | ☐ | ☐ |
| 42. Side Mirrors (Condition, operation, side-view camera — if applicable) | ☒ | ☐ | ☐ |
| 43. Side Mirror Blinkers (Condition and operation) ..................................... | ☒ | ☐ | ☐ |
| 44. Rearview Mirror (Operation, auto-dimming — if equipped) .................... | ☒ | ☐ | ☐ |
| 45. Headliner (Condition — must be clean and free of damage) .................... | ☒ | ☐ | ☐ |
| 46. Sunglasses Holder (Condition — opens/closes) ...................................... | ☒ | ☐ | ☐ |
| 47. Sunroof/Shade/Glass (Condition and operation) .................................... | ☒ | ☐ | ☐ |
| 48. Sun Visors/Mirrors (Condition — flip up, down/sideways) ...................... | ☒ | ☐ | ☐ |
| 49. Courtesy/Map Lights (Condition and operation) .................................... | ☒ | ☐ | ☐ |
| 50. AC/Heater/Defroster (Operation and vent outlets) ................................ | ☒ | ☐ | ☐ |
| 51. AM/FM/XM Radio (Operation, display, control panel, speakers) ... | ☒ | ☐ | ☐ |
| 52. Multimedia (CD player, USB port and MP3 auxiliary jack) ...................... | ☒ | ☐ | ☐ |
| 53. Hard Disk Drive (Clear all previously stored data) ................................. | ☒ | ☐ | ☐ |
| 54. On Demand Multi-Use Display™ – ODMD™ (Operation and display). | ☒ | ☐ | ☐ |
| 55. AcuraLink® (Operation — check subscription status) ............................. | ☒ | ☐ | ☐ |
| 56. Bluetooth® Streaming Audio (Operation — must pair with phone) ... | ☒ | ☐ | ☐ |
| 57. Bluetooth® HandsFreeLink® (Perform voice commands — must pair with phone) | ☒ | ☐ | ☐ |
| 58. Navigation System (Operation, display, clear all stored data) ............... | ☒ | ☐ | ☐ |
| 59. Multi-Angle Rearview Camera (Operation and display) .......................... | ☒ | ☐ | ☐ |
| 60. DVD Player (Operation and control panel) ............................................ | ☒ | ☐ | ☐ |

Comments:

## Rear Interior

| MEETS STANDARDS | YES | NO | N/A |
|---|---|---|---|
| 61. Rear Entertainment System (Operation, screen display and audio) | ☒ | ☐ | ☐ |
| 62. Carpet (Condition — must be clean and free of damage) ........................ | ☒ | ☐ | ☐ |
| 63. Floor Mat Retention Hooks (Secure floor mats properly) ...................... | ☒ | ☐ | ☐ |
| 64. Beverage Holders (Condition — must be clean) ...................................... | ☒ | ☐ | ☐ |
| 65. Armrest/Side/Seat Pockets (Condition — must be clean) ........................ | ☒ | ☐ | ☐ |
| 66. Seats (Upholstery condition, operation and tracks) ............................... | ☒ | ☐ | ☐ |
| 67. Seat Heaters (Operation and heating performance) ............................... | ☒ | ☐ | ☐ |
| 68. Seat Belts (Belts, buckles, latches, anchors and retraction) ................. | ☒ | ☐ | ☐ |
| 69. Headrests (Adjustment — up/down) ..................................................... | ☒ | ☐ | ☐ |
| 70. Windows (Operation — noise, speed, full travel and glass) .................... | ☒ | ☐ | ☐ |
| 71. Integrated Sunshades (Operation – up/down/hook properly) ................. | ☒ | ☐ | ☐ |
| 72. Power Rear Sunshade (Operation and condition) ................................... | ☒ | ☐ | ☐ |
| 73. Rear Doors (Operation, trim, panels, handles, latches, locks) ............... | ☒ | ☐ | ☐ |
| 74. Dome/Map Lights (Condition and operation) ........................................ | ☒ | ☐ | ☐ |
| 75. Cargo Light (Condition and operation) ................................................. | ☒ | ☐ | ☐ |
| 76. Cargo Privacy Cover (Retracts and hooks properly) .............................. | ☒ | ☐ | ☐ |
| 77. Cargo/Luggage Compartment (Condition — must be clean) .................... | ☒ | ☐ | ☐ |

Comments:

## Front Exterior

| MEETS STANDARDS | YES | NO | N/A |
|---|---|---|---|
| 78. Windshield Glass (Cracks, chips, pits, scratches, antenna) ............... | ☒ | ☐ | ☐ |
| 79. Windshield Wiper Blades/Arms (Condition and operation) ...................... | ☒ | ☐ | ☐ |
| 80. Hood (Paint finish and quality) ........................................................... | ☒ | ☐ | ☐ |
| 81. Acura Emblem (Condition — missing or damaged) ................................. | ☒ | ☐ | ☐ |
| 82. Grille (Condition) .............................................................................. | ☒ | ☐ | ☐ |
| 83. Front Bumper (Paint finish and quality) ............................................... | ☒ | ☐ | ☐ |
| 84. Front Fenders (Paint finish and quality) .............................................. | ☒ | ☐ | ☐ |
| 85. Headlights/Lenses (Condition and operation — moisture) ...................... | ☒ | ☐ | ☐ |
| 86. Fog Lights/Lenses (Condition and operation) ........................................ | ☒ | ☐ | ☐ |
| 87. Daytime Running Lights/Lenses (Condition and operation) .................... | ☒ | ☐ | ☐ |
| 88. Turn Signal Lights/Lenses (Condition and operation) ............................ | ☒ | ☐ | ☐ |
| 89. Front Doors (Paint finish and quality) ................................................. | ☒ | ☐ | ☐ |
| 90. Side Mirrors (Paint finish and quality) ................................................. | ☒ | ☐ | ☐ |
| 91. Roof (Paint finish and quality) ............................................................ | ☒ | ☐ | ☐ |

Comments:

## Rear Exterior

| MEETS STANDARDS | YES | NO | N/A |
|---|---|---|---|
| 92. Windshield Glass (Cracks, chips, pits, scratches) ............................... | ☒ | ☐ | ☐ |
| 93. Windshield Wiper Blade/Arm (Condition and operation) ....................... | ☒ | ☐ | ☐ |
| 94. Trunk/Tailgate/Hatch (Paint finish, quality — tailgate button) .............. | ☒ | ☐ | ☐ |
| 95. Acura Emblems (Condition — missing or damaged) ............................... | ☒ | ☐ | ☐ |
| 96. Brake Lights/Lenses (Condition and operation) .................................... | ☒ | ☐ | ☐ |
| 97. Taillights/Lenses (Condition and operation — moisture) ....................... | ☒ | ☐ | ☐ |
| 98. Backup Lights/Lenses (Condition and operation) .................................. | ☒ | ☐ | ☐ |
| 99. Turn Signal Lights/Lenses (Condition and operation) ............................ | ☒ | ☐ | ☐ |
| 100. Emergency Lights/Lenses (Condition and operation) ........................... | ☒ | ☐ | ☐ |

# EXHIBIT 10

# EXHIBIT 10

# EXHIBIT 10

ACURA PREFERRED PRE-OWNED VEHICLES

ACURA
PREFERRED
Pre-Owned Vehicles

# STANDARDS

## MECHANICAL STANDARDS

— All systems and components must be present and operate within Acura new vehicle specifications.

— All accessories and optional equipment must be present and operate within Acura new vehicle specifications.

— All maintenance services must have been performed as/when scheduled per Acura specifications using approved Acura parts. Documentation is required.

— Body/chassis integrity must meet Acura new vehicle standards with no squeaks, rattles, loose or missing components, or rust or corrosion.

— Maintenance/Wear Items Minimum Specifications:

Engine Drive Belts—No excessive wear or deterioration.

Engine Coolant Hoses—No signs of cracking or excessive deterioration.

Engine Filters—Air, fuel, emissions, and all other filters replaced as scheduled.

Battery—Correct size and type, meets normal operation standards.

Brakes—Retain more than 50% of their useful life.

Tires—No damage or uneven wear; matching brand and type; correct speed/load rating; minimum 4/32 tread depth in all areas, balanced.

Alignment—No pulling, wandering, or other out-of-alignment conditions (4 wheels).

Exhaust System—All components present, no leaks or excessive deterioration.

Wiper Blades—Must wipe the windshield clean without streaks or gaps.

## APPEARANCE STANDARDS

### EXTERIOR:

— Body Integrity—No dents, cracks, missing or loose components/moldings/trim, or evidence of rust-through.

— Body Finish—No surface scratches, deep scratches, paint chips, or significant environmental fallout or acid rain etching or stains within guidelines:

All painted surfaces—Repair/touch-up:

• Environmental fallout or acid rain etching or stains.

• Surface scratches greater than 1.0 inch.

• Dings or dents that cannot be covered by a dime.

• Any finish damage that penetrates to the base metal.

• All surface rust or corrosion.

Bumpers—Repair/touch-up:

• Surface scratches greater than 4.0 inches.

• Dings or dents that cannot be covered by a quarter.

• Any finish damage that penetrates to the base metal.

— Bright Metal Trim—No dents, cracks, pitting, discoloration or rust.

— Moldings/Trim—No gouges, significant scrapes or scratches.

— Glass—No cracks, scratches, chips, or significant pitting.

— Wheels/Wheel Covers—No visible scuffs, gouges, rust, corrosion or pitting.

— Underhood—No missing or broken components, rust or significant corrosion, peeling or missing emblems or instruction stickers.

### INTERIOR:

— Overall: No missing or loose components.

— Seats/Door Panels—No tears, cuts, rips, burns, cracks, stains, significant wear or fading.

— Carpets—No cuts, rips, visible burns, stains, significant wear or fading. All mats must be replaced (except current year models).

— Dash/Controls—No cracks, scratches, burns, stains or fading. Damaged or missing buttons, switches, etc. must be replaced.

— Luggage Compartment—No cuts, rips, visible burns, stains, significant wear or fading.

— Other (Headliner, Visors, Package Shelf, etc.)—No cuts, rips, stains, burns, significant wear or fading.

— Odors—No objectionable odors such as tobacco smoke, mold/mildew, heavy scents, etc.

The Service Team is responsible for the important first step of the Acura Preferred Pre-Owned Vehicle process. Your professionalism and attention to detail are vital to meeting and exceeding your clients' high expectations.

# ACURA PREFERRED PRE-OWNED VEHICLES



ACURA
PREFERRED
*Pre-Owned Vehicles*

# INSPECTIONS

— All services are to be performed to the same high standards you use for your new car clients. Approved Acura parts, fluids and chemicals are required to ensure quality.

— All lacking or unconfirmed scheduled maintenance tasks and those due within the next 2,500 miles/3 months are to be performed. Record all related Repair Order numbers on the appropriate forms.

> Each Acura Preferred Pre-Owned Vehicle is to receive the following service:

## OIL & FILTER CHANGE—This is to be performed, unless you can document that it was done within the last 2,500 miles/3 months, by an authorized Acura dealer. All Acura Preferred vehicles must have an approved Acura oil filter. If other than an approved Acura filter was used, it must be replaced.

## MAJOR LUBRICATION SERVICE—Using the appropriate lubricants, lubricate:

- Hood hinges, latch, striker, release cable
- Luggage compartment hinges, latch, striker
- Door hinges, pawls, latches, strikers
- Key cylinders for doors, trunk, glove compartment, console
- Sun/moon roof mechanisms and tracks
- Pivots and mechanisms for throttle, brake, parking brake
- Weatherstrips and seals for doors, trunk, windows
- Glove compartment and console latches and hinges
- Seat tracks and pivots
- Transmission shift linkage
- Top off all fluids:
  -- Power steering
  -- Brake (including ABS)
  -- Transmission
  -- Differential (if separate)
  -- Coolant
  -- Windshield washer
- Check/adjust tire pressure (including spare)

— Conditioning is performed last in the servicing sequence to ensure that the vehicle is as clean as possible when it's delivered to Sales.

> Each Acura Preferred Pre-Owned Vehicle is to receive the following conditioning service:

## EXTERIOR:
- Engine/compartment shampoo
- Underhood/engine paint touch-up (clear coating is discouraged)
- Hand-wash
- Finish touch-up
- Buffing (as appropriate)
- Finish cleaning
- Finish sealing (wax or sealant)
- Detailing (remove wax/cleaner residue from seams, emblems, etc.)
- Wheel and tire cleaning/sealing (appropriate to wheel/wheel cover finish)

## INTERIOR:
- Seats and door trim clean/shampoo
- Carpet shampoo (and installation of all new mats, except on current model year vehicles)
- Instrument panel and console clean and detailed
- Ash trays clean and shampoo
- Headliner, visors, and package shelf clean and shampoo (as appropriate)
- Protective finish applied to all vinyl and leather surfaces
- Protective sealer applied to all fabric surfaces, carpet and mats
- Windows clean inside and out
- Luggage compartment clean and shampoo
- Interior odors removed (if appropriate)

— Once all appearance services and repairs have been completed, route the vehicle and documentation back to the Service Coordinator.





# Customer Satisfaction Survey

Thank you for purchasing an Acura Preferred Pre-Owned.

Acura is committed to providing you with an automobile built according to the highest standards and backed by a dealer network that is second to none. To ensure that we are meeting your expectations, I am asking for your help.

Please complete the enclosed Customer Satisfaction Survey and return it in the pre-addressed, postage-paid envelope. This survey is designed to provide us with valuable feedback regarding your Acura and your Acura dealer.

Your opinion is very important to us. Only you can provide us with the first-hand information we need for continuous improvement of Acura automobiles and the Acura Ownership Experience. We welcome any other comments you might have.

If you have any questions or need assistance, please contact your local Acura dealer, or call Acura Customer Service at 1-800-382-2238.

Thank you again for purchasing an Acura Preferred Pre-Owned automobile and welcome to our growing family of Acura Owners.

Sincerely,

Richard B. Thomas
Executive Vice President, Acura Division

P.S.
Our records indicate that a                    sold by
with Vehicle Identification Number (VIN*)                    has been registered to you.

If any of this information is incorrect, please make changes.

☐ Check here and return if you did not purchase or lease this car.

*Your Vehicle Identification Number is found on your bill of sale, title or insurance papers. It can also be found by looking at your dashboard through the windshield on the driver's side.

# 182-Point Inspection Checklist

ACURA | CERTIFIED

## Rear Exterior Continued

MEETS STANDARDS: YES NO N/A

101. License Plate Brackets/Light (Condition and operation) ................ ☑ ☐ ☐
102. Emergency Flashers/Reflectors (Condition and operation) ............ ☑ ☐ ☐
103. Backup/Parking Sensors (Condition only — front/rear) .............. ☑ ☐ ☐
104. Rear Bumper (Paint finish and quality) ................................ ☑ ☐ ☐
105. Rear Fenders/Quarter Panels (Paint finish and quality)............. ☑ ☐ ☐
106. Rear Doors (Paint finish and quality) ................................. ☑ ☐ ☐
107. Exhaust(s) (Condition — loose or damaged) ......................... ☑ ☐ ☐
108. Fuel Door/Cap (Fuel door and cap operation — if applicable) ..... ☑ ☐ ☐

Comments:

## Under Hood/Fluids

MEETS STANDARDS: YES NO N/A

109. Hood Support/Prop Rod (Condition — holds hood up) .............. ☑ ☐ ☐
110. Hood Support Struts (Hold hood up) .................................. ☑ ☐ ☐
111. Engine Compartment (Condition — must be clean) ................. ☑ ☐ ☐
112. Engine Valve Train (Excessive or abnormal noise) ................. ☑ ☐ ☐
113. Engine Mounts (Condition — cracks/tears in the rubber) ......... ☑ ☐ ☐
114. Engine (Condition, operation, fluid level and leaks) ............... ☑ ☐ ☐
115. Transmission Mount (Condition — bracket, rubber bushing) ...... ☑ ☐ ☐
116. Transmission (Operation — MT or AT, fluid level and leaks) ...... ☑ ☐ ☐
117. Clutch Master Cylinder (Operation and leaks) ...................... ☑ ☐ ☐
118. Brake Master Cylinder/Booster (Fluid level and leaks) ............ ☑ ☐ ☐
119. Brake System (Operation and leaks) ................................. ☑ ☐ ☐
120. 12-Volt Battery (Condition and load test) ........................... ☑ ☐ ☐
121. High-Voltage Battery (Diagnostic Trouble Codes (DTCs)) ........ ☑ ☐ ☐
122. Alternator (Belt condition, tension and charge) .................... ☑ ☐ ☐
123. Water Pump (Noise and leaks) ....................................... ☑ ☐ ☐
124. Fuel Injectors (Condition — fuel lines and hoses) ................. ☑ ☐ ☐
125. Radiator (Leaks and damage) ........................................ ☑ ☐ ☐
126. Coolant Recovery Tank (Condition, fluid level and leaks) ........ ☑ ☐ ☐
127. Cooling Fan (Operation — run engine until fan turns on) ......... ☑ ☐ ☐
128. Coolant Hoses (Condition and leaks) ................................ ☑ ☐ ☐
129. AC Condenser (Corrosion and damage) ............................. ☑ ☐ ☐
130. AC Compressor (Proper cycling, belt condition and tension) ..... ☑ ☐ ☐
131. Power Steering (Belt condition, tension, fluid level and leaks) .. ☑ ☐ ☐
132. Electric Power Steering (Operation) ................................. ☑ ☐ ☐
133. Differential Fluid (Check level and leaks) ........................... ☑ ☐ ☐
134. Washer Fluid (Check level and leaks) ............................... ☑ ☐ ☐

Comments:

## Under Vehicle

MEETS STANDARDS: YES NO N/A

135. Brake Calipers (Evidence of binding, loose bolts and leaks) ...... ☑ ☐ ☐
136. Hydraulic Hose/Line (Cracks, kinks, loose bolts and leaks) ...... ☑ ☐ ☐
137. Suspension (Loose bolts, bent/broken control arms) ............. ☑ ☐ ☐
138. Bushings (Evidence of cracks, wear or damage) ................... ☑ ☐ ☐
139. Universal/CV Joint/Boots/Driveshaft (Cracks and leaks) ......... ☑ ☐ ☐
140. Exhaust System (Leaks, holes, dents, cracks and hangers) ..... ☑ ☐ ☐

Comments:

## Brakes/Wheels/Tires

MEETS STANDARDS: YES NO N/A

**Left-Front**
141. Brake Pad/Shoe (Replace if damaged and/or wear exceeds 50%
     of minimum thickness) .............................................. ☑ ☐ ☐
142. Rotor (Replace if damaged and/or wear is beyond service limits) ... ☑ ☐ ☐

Record Measurements Below in Millimeters

| BRAKE PAD/SHOE | | BRAKE ROTOR | |
|---|---|---|---|
| 8 | mm | 32 | mm |

## Brakes/Wheels/Tires Continued

MEETS STANDARDS: YES NO N/A

143. Wheel (Check condition, lug nut, torque and valve stem) ........ ☐ ☐ ☐
144. Tire (Uneven wear, minimum tread depth 5/32" across tread
     width, sidewall cracking/cuts, adjust tire pressure) .............. ☐ ☐ ☐
**Right-Front**
145. Brake Pad/Shoe (Replace if damaged and/or wear exceeds 50%
     of minimum thickness) .............................................. ☐ ☐ ☐
146. Rotor (Replace if damaged and/or wear is beyond service limits) ... ☐ ☐ ☐

Record Measurements Below in Millimeters

| BRAKE PAD/SHOE | | BRAKE ROTOR | |
|---|---|---|---|
| 8 | mm | 32 | mm |

147. Wheel (Check condition, lug nut, torque and valve stem) ........... ☐ ☐ ☐
148. Tire (Uneven wear, minimum tread depth 5/32" across tread
     width, sidewall cracking/cuts, adjust tire pressure) .............. ☐ ☐ ☐
**Left-Rear**
149. Brake Pad/Shoe (Replace if damaged and/or wear exceeds 50%
     of minimum thickness) .............................................. ☐ ☐ ☐
150. Rotor/Drum (Replace if damaged and/or wear is beyond service
     limits) .................................................................. ☐ ☐ ☐

Record Measurements Below in Millimeters — Write N/A if not applicable

| BRAKE PAD/SHOE | | BRAKE ROTOR | | BRAKE DRUM | |
|---|---|---|---|---|---|
| 8 | mm | 12 | mm | N/A | mm |

151. Wheel (Check condition, lug nut, torque and valve stem) ........... ☐ ☐ ☐
152. Tire (Uneven wear, minimum tread depth 5/32" across tread
     width, sidewall cracking/cuts, adjust tire pressure) .............. ☐ ☐ ☐
**Right-Rear**
153. Brake Pad/Shoe (Replace if damaged and/or wear exceeds 50%
     of minimum thickness) .............................................. ☐ ☐ ☐
154. Rotor/Drum (Replace if damaged and/or wear is beyond service
     limits) .................................................................. ☐ ☐ ☐

Record Measurements Below in Millimeters — Write N/A if not applicable

| BRAKE PAD/SHOE | | BRAKE ROTOR | | BRAKE DRUM | |
|---|---|---|---|---|---|
| 8 | mm | 12 | mm | N/A | mm |

155. Wheel (Check condition, lug nut, torque and valve stem) ........... ☐ ☐ ☐
156. Tire (Uneven wear, minimum tread depth 5/32" across tread
     width, sidewall cracking/cuts, adjust tire pressure) .............. ☐ ☐ ☐
157. Spare Tire (Check condition) ......................................... ☐ ☐ ☐
158. Tool Kit/Tire Repair Kit (Condition/operation — check sealant
     canister) .............................................................. ☐ ☐ ☐

Comments:

## Replacement Items

MEETS STANDARDS: YES NO N/A

159. Engine Air Filter (Replace if dirty) .................................. ☑ ☐ ☐
160. Cabin Filter (Replace if dirty) ....................................... ☑ ☐ ☐
161. Front Wiper Blades (Must wipe the windshield clean) ............. ☑ ☐ ☐
162. Rear Wiper Blade (Must wipe the windshield clean) .............. ☑ ☐ ☐
163. Floor Mats (Install new if missing, stained or damaged) ......... ☑ ☐ ☐
164. Two Master Keys (Replace if missing or damaged) ............... ☑ ☐ ☐
165. Two OEM Remotes (Replace if missing or damaged) ............. ☑ ☐ ☐
166. Valet Key (Replace if missing or damaged) ........................ ☑ ☐ ☐
167. Navigation CD (Replace if missing or damaged) .................. ☑ ☐ ☐
168. RES Remote Control (Replace if missing or damaged) ........... ☑ ☐ ☐
169. RES Headphones (Replace if missing or damaged) ............... ☑ ☐ ☐

Comments:

# 182-Point Inspection Checklist

ACURA | CERTIFIED

## Road Test

MEETS STANDARDS: YES NO N/A

170. Idle Vibration (Cold and hot) .................................... ☒ ☐ ☐
171. Engine Noise (Cold/hot/high and low speeds) ............... ☒ ☐ ☐
172. Acceleration (Power) ............................................. ☒ ☐ ☐
173. Drivability (Smoothness) ....................................... ☒ ☐ ☐
174. MT Clutch (Smoothness, effort and slippage) .............. ☒ ☐ ☐
175. Transaxle Noise (Cold and hot) ............................... ☒ ☐ ☐
176. Suspension Noise (Performance, frequency and intensity) .... ☒ ☐ ☐

## Road Test Continued

MEETS STANDARDS: YES NO N/A

177. CV Joint/Drive Axle Noise (Full lock, turn left/right) ............ ☒ ☐ ☐
178. Braking System (Noise, vibration and effort) .................... ☒ ☐ ☐
179. Cruise Control System (Engage, cancel and resume) ........... ☒ ☐ ☐
180. Steering/Tire/Wheel (Abnormal vibration and stiffness) ......... ☒ ☐ ☐
181. Vehicle Drift/Pull (Abnormal drift/pull – drive straight) .......... ☒ ☐ ☐
182. Wind Noise (Abnormal noise – frequency and intensity) ......... ☒ ☐ ☐

Comments:

## Technician Acknowledgment (Signature Required)

I certify that: i) I inspected all applicable items on this checklist; ii) all required reconditioning was performed and meets Acura Certified Pre-Owned Vehicle Program Standards; and iii) this vehicle is eligible for certification. All items that did not meet program standards have been properly repaired with Acura Genuine Parts and thoroughly documented on the reconditioning repair order. All diagnostic trouble codes (DTCs) have been remedied and cleared, and all applicable campaigns and recalls have been properly completed prior to vehicle certification and delivery.

Technician: ANATOLII STEPNOV    DPTS #: D862267    Signature: _____    Date: 6/22/2024

## Dealer Management Acknowledgment (Signature Required)

I certify that: i) all applicable items on this checklist were inspected; ii) all required reconditioning was performed and meets Acura Certified Pre-Owned Vehicle Program Standards; and iii) this vehicle is eligible for certification and will be reported to American Honda within 48 hours of retail delivery.

Name: (Print) TOM SADE    Signature: _____    Date: 6/27/2024

Please select your title:
☐ Dealer Principal      ☐ Dealership Manager      ☐ General Manager      ☐ General Sales Manager
☐ Sales Manager        ☐ Business Office Manager  ☐ Service Manager      ☒ Pre-Owned Manager

## Certified Program Standards

- Perform all required maintenance
- All fluids must be topped off
- Floor mats must all be present and properly secured
- All tires must be same size, brand, load, speed rating and free of damage

- OEM or non-OEM windshields containing cracks, chips, scratches and pitting must be repaired and/or replaced with Acura Genuine glass
- Scratches greater than 4 inches, dings/dents that cannot be covered with a dime and/or damage that penetrates the base metal must be repaired

## Documentation/Keys/Manuals

MEETS STANDARDS: YES NO N/A

Check items provided to the customer during vehicle delivery:
A. Vehicle Inspection Checklist ...................................... ☒ ☐ ☐
B. Vehicle History Report (CARFAX™ or AutoCheck®) .......... ☒ ☐ ☐
C. Owner's Guide ........................................................ ☐ ☐ ☐
D. Owner's Manual ...................................................... ☒ ☐ ☐
   ☐ Paper    ☐ CD/DVD    ☐ Online
E. New Car Warranty Manual ......................................... ☒ ☐ ☐
   ☐ Paper    ☐ CD/DVD    ☐ Online
F. Certified Warranty Booklet ........................................ ☐ ☐ ☐
G. Navigation Manual ................................................... ☐ ☐ ☐
   ☐ Paper    ☐ CD/DVD    ☐ Online

Check items provided to the customer during vehicle delivery:
H. Keys (Two OEM key remotes) ..................................... ☒ ☐ ☐
I. AcuraLink Trial Activation .......................................... ☒ ☐ ☐

Comments:

## Client Acknowledgment (Signature Required)

All applicable items checked above (A through I) have been reviewed with and provided to me by the dealership at the time of vehicle delivery.

Client Name (Print): _____    Signature: _____    Date: _____

AcuraItem #PR011

## AFTER YOU TOOK YOUR PREFERRED PRE-OWNED ACURA HOME

21. Not including this survey, were you contacted by someone from your selling dealer after you took delivery of your Acura to determine if everything was satisfactory?

☐ By phone        ☐ By mail        ☐ I have not been contacted

If you were not contacted, would you like to be contacted by a dealership representative?    ☐ Yes    ☐ No

22. Would you recommend your salesperson, selling dealer, Acura automobiles, and the Acura Preferred Pre-Owned Program to a friend or relative?

| Salesperson | ☐ Yes | ☐ No | Acura automobiles | ☐ Yes | ☐ No |
| Selling dealer | ☐ Yes | ☐ No | Acura Preferred Pre-Owned Program | ☐ Yes | ☐ No |

23. How satisfied are you with:

|  | Very DISsatisfied | Somewhat DISsatisfied | Somewhat SATIsfied | Very SATIsfied |
|---|---|---|---|---|
| Your salesperson | ☐ | ☐ | ☐ | ☐ |
| Your delivery experience | ☐ | ☐ | ☐ | ☐ |
| Your selling dealer | ☐ | ☐ | ☐ | ☐ |
| Your vehicle quality | ☐ | ☐ | ☐ | ☐ |
| Your overall ownership experience | ☐ | ☐ | ☐ | ☐ |

## PLEASE TELL US ABOUT YOURSELF (For statistical purposes only)

24a. Your gender:        ☐ Male    ☐ Female

b. Your age group:    ☐ Under 25 years    ☐ 30 - 34 years    ☐ 40 - 44 years    ☐ 50 - 59 years
                      ☐ 25 - 29 years     ☐ 35 - 39 years    ☐ 45 - 49 years    ☐ Over 59 years

25a. Are you the primary driver of the vehicle?    ☐ Yes    ☐ No

b. If No, please indicate the gender and age group of the primary driver:

Primary driver's gender:        ☐ Male    ☐ Female

Primary driver's age group:    ☐ Under 25 years    ☐ 30 - 34 years    ☐ 40 - 44 years    ☐ 50 - 59 years
                              ☐ 25 - 29 years     ☐ 35 - 39 years    ☐ 45 - 49 years    ☐ Over 59 years

26a. Did your Preferred Pre-Owned Acura replace another vehicle in your household?    ☐ Yes    ☐ No

b. If Yes, what make and model and model year of vehicle did your Preferred Pre-Owned Acura replace?

┗━━━━━━━━━━━┛ (Write in Make, e.g., Honda)   ┗━━━━━━━━━━━┛ (Write in Model, e.g., Accord)   **19**┗━┛ (Model Year)

c. Was this vehicle purchased/leased:    ☐ New    or    ☐ Used

27. Number of people in your household, including yourself:    ☐ One    ☐ Two    ☐ Three    ☐ Four or more

28. Mark the highest level of education that applies to you:
☐ Grade School    ☐ High School    ☐ Trade School    ☐ Some College    ☐ College Graduate    ☐ Graduate School and above

29. Your total annual household income before taxes:
☐ Under $20,000      ☐ $40,000 - $49,999    ☐ $70,000 - $79,999    ☐ $100,000 - $149,000
☐ $20,000 - $29,999  ☐ $50,000 - $59,999    ☐ $80,000 - $89,999    ☐ $150,000 - $199,999
☐ $30,000 - $39,999  ☐ $60,000 - $69,999    ☐ $90,000 - $99,999    ☐ $200,000 and above

COMMENTS: _____
_____
_____

**THANK YOU FOR PARTICIPATING**
Please return to: Acura Automobile Division, Processing Center
30401 Agoura Road • Agoura Hills, CA 91301



**ACURA**

PREFERRED
*Pre-Owned Vehicles*

# STANDARDS AND PROCEDURES
## Dealer Guidelines

ACURA PREFERRED PRE-OWNED VEHICLES™ Program Standards and Procedures Dealer Guidelines

# TABLE OF CONTENTS

## 1. INTRODUCTION

1.1 How to Use this Guide

1.2 Acura Preferred Pre-Owned Vehicles Program Benefits

1.3 Eligible Vehicles

1.4 Eligible Sales

1.5 Acura Preferred Pre-Owned Vehicles Limited Warranty

1.6 24-Hour Acura Roadside Assistance Program

## 2. DEALERSHIP REQUIREMENTS AND ENROLLMENT

2.1 Participation And Enrollment Procedure

2.2 Program Audits

2.3 Suspension And Termination

2.4 Dealership Management's Role In Ensuring the Success of the Acura Preferred Pre-Owned Vehicles Program

## 3. CHOOSING ACURA PREFERRED CANDIDATE VEHICLES

3.1 Initial Screening

3.2 Minimum Requirements and Eligibility Standards

3.3 Re-Lease Or Purchase Of Current Leased Vehicle

3.4 Demonstrator Vehicles

## 4. INITIATING THE INSPECTION PROCESS

4.1 Using The Inspection & Service Record Forms

Copyright © Acura 1996

ACURA PREFERRED PRE-OWNED VEHICLES™ Program Standards and Procedures Dealer Guidelines



## 5. COORDINATING THE INSPECTION PROCESS

5.1 Service Coordinator's Responsibilities

5.2 Service History Information

5.3 Routing The Vehicle

## 6. MECHANICAL INSPECTION

6.1 Mechanical Inspection Basic Expectations

6.2 Mechanical Standards

6.3 Mechanical Inspection Labor Times And Rates

6.4 Aftermarket Accessories

6.5 Using The *Mechanical Inspection & Service Record - A Form*

6.6 Road Test

6.7 Underhood Mechanical Inspection

6.8 Under Vehicle Mechanical Inspection

6.9 Exterior Mechanical Inspection

6.10 Interior Mechanical Inspection

6.11 Finalizing The Mechanical Inspection

## 7. APPEARANCE INSPECTION

7.1 Appearance Inspection Basic Expectations

7.2 Appearance Standards

7.3 Appearance Inspection Labor Times And Rates

7.4 Aftermarket Accessories

7.5 Using The *Cosmetic Inspection & Service Record- B Form*

7.6 Exterior Appearance Inspection

ACURA PREFERRED PRE-OWNED VEHICLES™ Program Standards and Procedures Dealer Guidelines

7.7 Interior Appearance Inspection

7.8 Finalizing The Appearance Inspection

## 8. ESTIMATING RECONDITIONING INVESTMENT

8.1 Estimating Mechanical Reconditioning Costs

8.2 Estimating Appearance Reconditioning Costs

8.3 Totaling Reconditioning Investment

8.4 Finalizing And Presenting The Estimate

## 9. MAKING THE ACURA PREFERRED DECISION

9.1 Alternatives

9.2 Request For Acura Preferred Status

## 10. MECHANICAL SERVICING

10.1 Performing Needed Services/Repairs

10.2 Acura Preferred Pre-Owned Vehicles Service

## 11. APPEARANCE SERVICING

11.1 Body Repair And Refinishing

11.2 Acura Preferred Pre-Owned Vehicles Conditioning

## 12. SERVICE INSPECTION

12.1 Service Inspection

12.2 Finalizing Documentation And Charges

## 13. FINAL INSPECTION

13.1 Vehicle Inspection

13.2 Finalizing Documentation

ACURA PREFERRED PRE-OWNED VEHICLES™ Program Standards and Procedures Dealer Guidelines



## 14. ACURA PREFERRED PRE-OWNED VEHICLES LIMITED WARRANTY™ AND ACURA CARE PREFERRED PLUS VEHICLES SERVICE CONTRACT™

14.1 Limited Warranty Charge

14.2 Acura Preferred Pre-Owned Vehicles Limited Warranty Specifications

14.3 Acura Preferred Pre-Owned Vehicles Limited Warranty Coverage

14.4 Proper Operation And Maintenance

14.5 Warranty Repairs

14.6 Acura Preferred Pre-Owned Vehicles Limited Warranty Limitations And Disclaimers

14.7 Acura Care Preferred Plus Vehicles Service Contract

14.8 Warranty Price Matrix

## 15. MARKETING ACURA PREFERRED PRE-OWNED VEHICLES

15.1 Displaying Acura Preferred Pre-Owned Vehicles

15.2 Advertising Acura Preferred Pre-Owned Vehicles

## 16. SELLING ACURA PREFERRED PRE-OWNED VEHICLES

16.1 Client Expectations and The Acura Preferred Pre-Owned Vehicle

16.2 Overcoming Pre-Owned Prejudice: The Special Challenge

16.3 Selling a Unique Pre-Owned Product: The Strength of Your Position

16.4 Communicating the Acura Preferred Pre-Owned Vehicles Program Philosophy

16.5 Meeting/Exceeding Client Expectations

16.6 Presenting And Experiencing Acura Preferred Pre-Owned Vehicles

16.7 Presale Follow-Through

16.8 Resolving Client Objections

16.9 Delivery



ACURA PREFERRED PRE-OWNED VEHICLES™ Program Standards and Procedures Dealer Guidelines



## 17. ACURALINK 2000 SYSTEM INPUT

17.1 Registration

17.2 Transferring

17.3 Reporting Delivery

17.4 Decertifying

## 18. SUPPORT MATERIALS

18.1 Materials Listing

18.2 Ordering Procedures

## 19. AD PLANNER

## 20. QUESTIONS AND ANSWERS

20.1 Important Telephone Numbers

Copyright © Acura 1996



**ACURA**
PREFERRED
*Pre-Owned Vehicles*

ENGINEERING

DESIGN



**WCBensley**

| | |
|---|---|
| **From:** | webmaster.pro@county.allegheny.pa.us |
| **Sent:** | Wednesday, August 28, 2024 11:24 AM |
| **To:** | WCBensley |
| **Cc:** | promail@alleghenycounty.us |
| **Subject:** | Approval Confirmation Submission ID: 3048036 CaseID: TMP1381934 |

## Approval Details

### Please be advised that dockets have been accepted by the Allegheny County Department of Court Records, Civil/Family Division for Case Number:GD-24-009582
### Dockets filed for Temporary Case Number:TMP1381934 have been assigned to Permanent Case number:GD-24-009582

| | |
|---|---|
| **Submission ID:** | 3048036 |
| **Status:** | Approved |
| **Case Number:** | GD-24-009582 |
| **Case Description:** | Thomas etal vs American Honda Motors Company etal |
| **Filing Date/Time:** | 8/28/2024 10:45:19 AM |

### Docket Details are as follows:

| ClientID | Filed By | Sequence nbr | Docket Type Code | Docket Type | Fees |
|---|---|---|---|---|---|
| THOMAS | 79953 | 1 | COMPL | Complaint | 275.75 |
| THOMAS | 79953 | 2 | EXHIB | Exhibits | 0 |

Payment Type : Credit Card
(There will be an additional 4% service charge on all Credit Card e-filings by the merchant card provider)
Civil/Family Division Amount :275.75
Sheriff's Amount :
Total Amount :275.75
Receipt NO :8947814

The Department of Court Records will not be assigning court dates to Arbitration matters as per Administrative Order AD-20-000095-PJ which was filed on March 16, 2020. Once the court resumes normal operations and the stay is lifted the Attorney/Litigant will be required to file a "Praecipe to Schedule an Arbitration Date" in order to receive a hearing date.

***contact civil@alleghenycounty.us within 10 days on any issues ***

*Thank you for using the DCR, Civil/Family Division Electronic Filing and Retrieval System.*

**Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, forwarding, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**