IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| Julie Renee Thomas and Jeffery Alan Thomas, II, | ) ) ) | Civil Action No. 2:24-1398 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **AMERICAN HONDA MOTOR CO., INC.'S DISCLOSURE STATEMENT** |
| Plaza Auto Mall; Robert McIlwain, Scott Bonforti; Maksim Sluvis; and American Honda Motor Co., Inc., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT AMERICAN HONDA MOTOR COMPANY, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant American Honda Motor Co., Inc. ("American Honda" or "Defendant"), in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares of debt securities to the public: Defendant is a wholly owned subsidiary of Honda Motor Co., Ltd.

NELSON MULLINS RILEY & SCARBOROUGH, LLP

/s/ Timur R. Dikec
Timur R. Dikec, Esq.
PA I.D. No. 333225
timur.dikec@nelsonmullins.com

Nelson Mullins Riley & Scarborough LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222

Tel: 412-235-3264
Fax: 412-235-9241

Steven B. McFarland (pro hac vice forthcoming)
E-Mail: steven.mcfarland@nelsonmullins.com
1320 Main Street, 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

*Attorneys for American Honda Motor Co., Inc*

Dated: October 4, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2024, I served a true and correct copy of the foregoing Defendant American Honda Motor Company, Inc.'s Rule 7.1 Disclosure Statement upon the following via electronic mail and U.S. First Class Mail:

| | |
|---|---|
| William C. Bensley, Esquire<br>Bensley Law Offices, LLC<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br><br>*Attorney for Plaintiffs, Julie Renee Thomas and Jeffrey Alan Thomas, II* | Jamie S. Felsen, Esquire<br>Milman Labuda Law Group PLLC<br>3000 Marcus Ave., Suite 3W8<br>Lake Success, NY 11042<br><br>*Attorney for Defendants Plaza Auto Mall, Scott Bonforti, Maksim Sluvis, and Robert McIlwain* |

/s/ Timur R. Dikec
Timur R. Dikec, Esq.
PA I.D. No. 333225
timur.dikec@nelsonmullins.com

Nelson Mullins Riley & Scarborough LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Tel:   412-235-3264
Fax:   412-235-9241

Steven B. McFarland (pro hac vice forthcoming)
E-Mail: steven.mcfarland@nelsonmullins.com
1320 Main Street, 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000

*Attorneys for American Honda Motor Co., Inc*