IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| Julie Renee Thomas and Jeffery Alan Thomas, II, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:24-1398 |
| Plaza Auto Mall; Robert McIlwain, Scott Bonforti; Maksim Sluvis; and American Honda Motor Co., Inc., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## PROOF OF SERVICE OF NOTICE OF REMOVAL

The undersigned hereby certifies that, on October 4, 2024, a true and accurate copy of the Notice of Removal (ECF #1) was filed with the Court of Common Pleas of Allegheny County, Pennsylvania, and was served upon Plaintiffs Julie Renee Thomas and Jeffery Alan Thomas and the other known parties of record. Attached respectively as Exhibits 1 and 2 are the electronic filing notifications from the Allegheny County Court of Common Pleas and the email message sent to Plaintiffs and all other known parties of record with electronic copies of the filings along with confirmation that physical copies had been sent.

Respectfully Submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ *Timur Dikec*
Timur R. Dikec, Esq.
PA I.D. No. 333225
timur.dikec@nelsonmullins.com

Nelson Mullins Riley & Scarborough LLP

1

6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Tel:     412-235-3264
Fax:     412-235-9241


Steven B. McFarland *(pro hac vice forthcoming)*
E-Mail: steven.mcfarland@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000

*Attorneys for American Honda Motor Co., Inc.*

Pittsburgh, Pennsylvania

October 10, 2024.

# EXHIBIT A

# Filing Complete

Case ID: GD-24-009582
Case Desc: Thomas etal vs American Honda Motors Company etal

🛈 **Note :** Your filing is successfully submitted and is waiting on Internal Approval.

Civil/Family Division Cost : **$35**
Sheriff Cost : **$0.00**
Total cost of submitting this pleading : **$35**

*(There will be an additional 4% service charge on all Credit Card e-filings by the merchant card provider)*

**Submission ID:**
3092134

**Submitted Date:**
10/4/2024

**Submitted Time:**
13:30:20 PM

**Case Type:**
Intentional Tort

**Court Type:**
General Docket

**Jury Requested:**
N

## List Of Parties Added

| Last Name | First Name | Middle Name | Party Type |
|---|---|---|---|
| Dikec | Timur | | Attorney |

## List Of Docket Entries

| Filing Party | Docket Type | Cost($) | Security |
|---|---|---|---|
| American Honda Motors Company Inc. | Notice of Removal | 35 | Not Confidential |

# EXHIBIT B

# Timur Dikec

| | |
|---|---|
| **From:** | Timur Dikec |
| **Sent:** | Friday, October 4, 2024 2:02 PM |
| **To:** | WCBensley; Jamie Felsen |
| **Cc:** | Steven McFarland |
| **Subject:** | RE: Thomas v. Plaza Auto Mall et al. - GD-24-009582 - Notice of Removal to Western District of Pennsylvania |
| **Attachments:** | 2024-10-04 Notice of Filing of Notice of Removal.pdf; Timur All Co Receipt Notice of Removal.pdf |

Hello Everyone,

Finally, here is a copy of the State Court filing. We will be mailing hard copies to everyone listed on the Certificate of Service as well for all the pleadings.

Sincerely,
Timur





# NELSON MULLINS

**TIMUR DIKEC** SENIOR ASSOCIATE
timur.dikec@nelsonmullins.com

SIX PPG PLACE | SUITE 700
PITTSBURGH, PA 15222
T 412.730.3311   F 412.567.9241   M 724.561.7169
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Timur Dikec
**Sent:** Friday, October 4, 2024 1:59 PM
**To:** WCBensley <WCBensley@bensleylawoffices.com>; Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Cc:** Steven McFarland <Steven.McFarland@nelsonmullins.com>
**Subject:** RE: Thomas v. Plaza Auto Mall et al. - GD-24-009582 - Notice of Removal to Western District of Pennsylvania

Hello Everyone,

Attached is the Notice of Removal to Plaintiffs that was also filed.

Sincerely,
Timur

1



# NELSON MULLINS

TIMUR DIKEC  SENIOR ASSOCIATE
timur.dikec@nelsonmullins.com

SIX PPG PLACE | SUITE 700
PITTSBURGH, PA 15222
T 412.730.3311   F 412.567.9241   M 724.561.7169
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Timur Dikec
**Sent:** Friday, October 4, 2024 1:58 PM
**To:** WCBensley <WCBensley@bensleylawoffices.com>; Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Cc:** Steven McFarland <Steven.McFarland@nelsonmullins.com>
**Subject:** Thomas v. Plaza Auto Mall et al. - GD-24-009582 - Notice of Removal to Western District of Pennsylvania

Hello Everyone,

Please see attached American Honda Motor Co., Inc.'s Notice of Removal to the Western District of Pennsylvania along with its Disclosure Statement. I will be sending the State Court filing and the Notice to Plaintiffs shortly.

Sincerely,
Timur



# NELSON MULLINS

TIMUR DIKEC  SENIOR ASSOCIATE
timur.dikec@nelsonmullins.com

SIX PPG PLACE | SUITE 700
PITTSBURGH, PA 15222
T 412.730.3311   F 412.567.9241   M 724.561.7169
NELSONMULLINS.COM   VCARD   VIEW BIO

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2024, I served a true and correct copy of the foregoing Proof of Service of Notice of Removal upon the following via electronic mail and U.S. First Class Mail:

| | |
|---|---|
| William C. Bensley, Esquire<br>Bensley Law Offices, LLC<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br><br>*Attorney for Plaintiffs, Julie Renee Thomas and Jeffrey Alan Thomas, II* | Jamie S. Felsen, Esquire<br>Milman Labuda Law Group PLLC<br>3000 Marcus Ave., Suite 3W8<br>Lake Success, NY 11042<br><br>*Attorney for Defendants Plaza Auto Mall, Scott Bonforti, Maksim Sluvis, and Robert McIlwain* |

/s/ Timur R. Dikec
Timur R. Dikec, Esq.
PA I.D. No. 333225
timur.dikec@nelsonmullins.com

Nelson Mullins Riley & Scarborough LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Tel:   412-235-3264
Fax:   412-235-9241

Steven B. McFarland (pro hac vice forthcoming)
E-Mail: steven.mcfarland@nelsonmullins.com
1320 Main Street, 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000

*Attorneys for American Honda Motor Co., Inc*

3

4867-3485-6686 v.1