IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| Julie Renee Thomas and Jeffery Alan Thomas, II, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:24-1398 |
| Plaza Auto Mall; Robert McIlwain, Scott Bonforti; Maksim Sluvis; and American Honda Motor Co., Inc., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**AMERICAN HONDA MOTOR CO. INC.'S AMENDED DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant American Honda Motor Co., Inc. ("American Honda" or "Defendant"), in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares of debt securities to the public: **Defendant is a wholly owned subsidiary of Honda Motor Co., Ltd.**

In addition, because jurisdiction is based on diversity under 28 U.S.C. § 1332(a), counsel provides the following disclosure. This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| American Honda Motor Co., Inc. | Defendant | California |
| Honda Motor Co., Ltd | Parent of American Honda | Japan |

2

NELSON MULLINS RILEY & SCARBOROUGH, LLP

*/s/ Timur R. Dikec*
Timur R. Dikec, Esq.
PA I.D. No. 333225
timur.dikec@nelsonmullins.com

Nelson Mullins Riley & Scarborough LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Tel:   412-235-3264
Fax:   412-235-9241

Steven B. McFarland (pro hac vice forthcoming)
E-Mail: steven.mcfarland@nelsonmullins.com
1320 Main Street, 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000

*Attorneys for American Honda Motor Co., Inc*

Dated:  October 10, 2024

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| Julie Renee Thomas and Jeffery Alan Thomas, II, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:24-1398 |
| Plaza Auto Mall; Robert McIlwain, Scott Bonforti; Maksim Sluvis; and American Honda Motor Co., Inc., | ) ) ) ) | |
| Defendants. | ) ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system and served by electronic notification, via the CM/ECF system, to the persons and entities registered with CM/ECF on this 10th day of October, 2024.

*/s/ Timur R. Dikec*
Timur R. Dikec, Esq.
PA I.D. No. 333225
timur.dikec@nelsonmullins.com

Nelson Mullins Riley & Scarborough LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Tel:   412-235-3264
Fax:   412-235-9241

Steven B. McFarland (pro hac vice forthcoming)
E-Mail: steven.mcfarland@nelsonmullins.com
1320 Main Street, 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000
*Attorneys for American Honda Motor Co., Inc*