IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
JULIE RENEE THOMAS and JEFFERY ALAN
THOMAS, II,

                    Plaintiffs,              Case No.: 2:24-cv-1398 (RJC)

      - against -

PLAZA AUTO MALL, ROBERT MCILWAIN,
SCOTT BONFORTI, MAKSIM SLUVIS, and
AMERICAN HONDA MOTORS CO., INC.,

                    Defendants.
---------------------------------------------------------------X

**[PROPOSED] ORDER ON**
**MOTION FOR ADMISSION PRO HAC VICE OF KYLE F. MONAGHAN, ESQ.**

    And Now, this _____ day of _____, 2024, upon consideration of the Motion for Admission Pro Hac Vice of Kyle F. Monaghan, Esq., it is HEREBY ORDERED that the Motion is **GRANTED**.

                                                                  _____
                                                                  Hon. Robert J. Colville, U.S.D.J.