IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------X
JULIE RENEE THOMAS and JEFFERY ALAN
THOMAS, II,

                      Plaintiffs,          Case No.: 2:24-cv-1398 (RJC)

      - against -

PLAZA AUTO MALL, ROBERT MCILWAIN,
SCOTT BONFORTI, MAKSIM SLUVIS, and
AMERICAN HONDA MOTORS CO., INC.,

                      Defendants.
-------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMIE S. FELSEN, ESQ.

Jamie S. Felsen, Esq., undersigned counsel for Defendants Plaza Auto Mall ("Plaza"), Robert McIlwain ("McIlwain"), Scott Bonforti ("Bonforti") and Maksim Sluvis ("Sluvis") (Plaza, McIlwain, Bonforti and Sluvis collectively "Defendants") hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Defendants, pursuant to Local Civil Rules ("LCR") 83.2 and 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions, dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, the undersigned counsel attaches the Affidavit of Admission *Pro Hac Vice* of Jamie S. Felsen, Esq. filed herewith, which it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

   - THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK –

1

Dated: Lake Success, New York
       October 18, 2024

**MILMAN LABUDA LAW GROUP PLLC**

<u>/s Jamie S. Felsen, Esq.</u>
Jamie S. Felsen, Esq
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
Jamiefelsen@mllaborlaw.com

*Attorneys for Defendants Plaza Auto Mall, Robert McIlwain, Scott Bonforti and Maksim Sluvis*

## CERTIFICATE OF SERVICE

It is hereby certified that on this 18th day of October, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will provide notice electronically to all counsel of record.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s Jamie S. Felsen, Esq.
Jamie S. Felsen, Esq
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
Jamiefelsen@mllaborlaw.com

*Attorneys for Defendants Plaza Auto Mall, Robert McIlwain, Scott Bonforti and Maksim Sluvis*