**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------X

JULIE RENEE THOMAS and JEFFERY ALAN
THOMAS, II,

                  **Plaintiffs,**             Case No.: 2:24-cv-1398 (RJC)

     - against -

PLAZA AUTO MALL, ROBERT MCILWAIN,
SCOTT BONFORTI, MAKSIM SLUVIS, and
AMERICAN HONDA MOTORS CO., INC.,

                  **Defendants.**

---------------------------------------------------------------X

**AFFIDAVIT OF JAMIE S. FELSEN, ESQ. IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

     I, Jamie S. Felsen, Esq., make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Plaza Auto Mall ("Plaza"), Robert McIlwain ("McIlwain"), Scott Bonforti ("Bonforti") and Maksim Sluvis ("Sluvis") (Plaza, McIlwain, Bonforti and Sluvis collectively "Defendants") pursuant to Local Civil Rule ("LCR") 83.2 and 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions, dated May 31, 2006 (Misc. No. 06-151).

     I, Jamie S. Felsen, Esq., being duly sworn, do hereby depose and say as follows

     1.     I am a Partner of the law firm Milman Labuda Law Group, PLLC.

     2.     My business address is 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042.

     3.     I am a member in good standing of the bar of the state of New York and the United States District Court for the Eastern District of New York, Southern District of New York, Northern District of New York, and Second Circuit.

     4.     My bar identification number is 4361994.

1

5. My current certificate of good standing from the bar of the state of New York is attached to this Affidavit as Exhibit "A".

6. I have not been the subject of disciplinary action, suspended, or disbarred by the bar or courts of any jurisdiction in which I have been licensed.

7. I have not been denied admission to practice before any court, subjected to any disciplinary actions, or convicted of a felony or misdemeanor.

8. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

9. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

10. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: October 18, 2024

*/s/ Jamie S. Felsen_____*
Jamie S. Felsen, Esq