IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------X
JULIE RENEE THOMAS and JEFFERY ALAN
THOMAS, II,

                Plaintiffs,                Case No.: 2:24-cv-1398 (RJC)

      - against -

PLAZA AUTO MALL, ROBERT MCILWAIN,
SCOTT BONFORTI, MAKSIM SLUVIS, and
AMERICAN HONDA MOTORS CO., INC.,

                Defendants.
-------------------------------------------------------------X

**[PROPOSED] ORDER ON**
**MOTION FOR ADMISSION PRO HAC VICE OF JAMIE S. FELSEN, ESQ.**

    And Now, this _____ day of _____, 2024, upon consideration of the Motion for Admission Pro Hac Vice of Jamie S. Felsen, Esq., it is HEREBY ORDERED that the Motion is **GRANTED**.

                                                                                                    _____
                                                                                                    Hon. Robert J. Colville, U.S.D.J.