IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------X
JULIE RENEE THOMAS and JEFFERY ALAN
THOMAS, II,

                     Plaintiffs,         Case No.: 2:24-cv-1398 (RJC)

      - against -

PLAZA AUTO MALL, ROBERT MCILWAIN,
SCOTT BONFORTI, MAKSIM SLUVIS, and
AMERICAN HONDA MOTORS CO., INC.,

                     Defendants.
-------------------------------------------------------------X

**PLAZA IMPORTS, LLC d/b/a ACURA OF BROOKLYN, i/s/h/a PLAZA AUTO MALL'S, ROBERT MCILWAIN'S, SCOTT BONFORTI'S AND MAKSIM SLUVIS' <u>DISCLOSURE STATEMENT</u>**

      Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants Plaza Imports, LLC d/b/a Acura of Brooklyn, i/s/h/a Plaza Auto Mall ("Plaza"), Robert McIlwain ("McIlwain"), Scott Bonforti ("Bonforti") and Maksim Sluvis ("Sluvis"), in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of Plaza that have issued shares of debt securities to the public.

      In addition, because jurisdiction is based on diversity pursuant to 28 U.S.C. § 1332(a), counsel provides the following disclosure. This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| Plaza Imports, LLC d/b/a Acura of Brooklyn i/s/h/a Plaza Auto Mall | Defendant | New York |
| Robert McIlwain | Defendant | New York |
| Scott Bonforti | Defendant | New York |
| Maksim Sluvis | Defendant | New York |

1

Dated: Lake Success, New York
October 25, 2024

**MILMAN LABUDA LAW GROUP PLLC**

<u>*/s Kyle F. Monaghan, Esq.*</u>
Jamie S. Felsen, Esq. (pro hac vice)
Kyle F. Monaghan, Esq. (pro hac vice)
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
Jamiefelsen@mllaborlaw.com
Kyle@mllaborlaw.com

*Attorneys for Defendants Plaza Imports, LLC d/b/a Acura of Brooklyn, i/s/h/a Plaza Auto Mall, Robert McIlwain, Scott Bonforti and Maksim Sluvis*

## CERTIFICATE OF SERVICE

It is hereby certified that on this 25th day of October, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will provide notice electronically to all counsel of record.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

*/s Kyle F. Monaghan, Esq.*
Kyle F. Monaghan, Esq
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
Kyle@mllaborlaw.com

*Attorneys for Defendants Plaza Auto Mall, Robert McIlwain, Scott Bonforti and Maksim Sluvis*