IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------X

JULIE RENEE THOMAS and JEFFERY ALAN THOMAS, II,

                Plaintiffs,

- against -

PLAZA AUTO MALL, ROBERT MCILWAIN, SCOTT BONFORTI, MAKSIM SLUVIS, and AMERICAN HONDA MOTORS CO., INC.,

                Defendants.

-------------------------------------------------------------X

Case No.: 2:24-cv-1398 (RJC)

**NOTICE OF MOTION TO <u>COMPEL ARBITRATION</u>**

**PLEASE TAKE NOTICE**, that pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, the Declaration of Maksim Sluvis and the Memorandum of Law submitted herewith, Defendants, Plaza Auto Mall, Robert McIlwain, Scott Bonforti, Maksim Sluvis and American Honda Motors Co., Inc., will move this Court before the Honorable Robert J. Colville, U.S.D.J. at the United States Courthouse, 700 Grant Street, Pittsburgh, PA 15219, for an Order compelling arbitration and staying this proceeding pending the outcome of the arbitration; and for such other remedies as the Court deems just and proper.

Dated: Lake Success, New York
       November 11, 2024

                **MILMAN LABUDA LAW GROUP PLLC**

                <u>*/s Kyle F. Monaghan, Esq.*</u>
                Jamie S. Felsen, Esq. (*pro hac vice*)
                Kyle F. Monaghan, Esq. (*pro hac vice*)
                3000 Marcus Avenue, Suite 3W8
                Lake Success, NY 11042-1073
                (516) 328-8899 (office)
                (516) 328-0082 (facsimile)
                Jamiefelsen@mllaborlaw.com
                kyle@mllaborlaw.com

*Attorneys for Defendants Plaza Auto Mall, Robert McIlwain, Scott Bonforti and Maksim Sluvis*

AND

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

<u>/s Timur R. Dikec, Esq.</u>
Timur R. Dikec, Esq.
PA I.D. No. 333225
Timur.dikec@nelsonmullins.com

Nelson Mullings Riley & Scarborough LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Tel:    412-235-3264
Fax:    412-235-9241

Steven B. McFarland, Esq. (*pro hac vice forthcoming*)
E-Mail: steven.mcfarland@nelsonmullings.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

*Attorneys for Defendant American Honda Motor Co., Inc.*

2