# Exhibit "A"



# Arbitration Agreement

| Year: | Make: | Model: | Mileage: |
|---|---|---|---|
| 2023 | ACURA | TLX | 3189 |

VIN# | 1 | 9 | U | U | B | 7 | F | 9 | 9 | P | A | 0 | 0 | 1 | 6 | 1 | 6 |

The agreement is attached and forms a part of that certain sales agreement between the Plaza Automotive Group OR its related companies and undersigned buyer(s) and concerns the vehicle listed above.

Any dispute, controversy or claim arising out of or relating to the above vehicle, including this contract, shall be settled by arbitration (The American Arbitration Association or a similar organization can be used to resolve the dispute.) The award or decision by the arbitrator(s) may be entered in any court having jurisdiction.

This contract shall be goverened by the laws of the State of New York

Any award of the arbitrator shall not exceed the purchase price of the vehicle concerned. Buyer expressly waives any claim in excess of purchase price of vehicle and agrees that its recovery shall not exceed that amount.

Dealer: Plaza Automotive, its affiliates and subsidiaries

**Customer's** Name: JULIE RENEE THOMAS

**Co-Buyer's** Name: JEFFERY ALAN THOMAS II

Customer's Signature: *Julie Thomas*   Date: 02/28/2024

Co-Buyer's Signature: *Jeff Th—*   Date: 02/28/2024