IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------X
JULIE RENEE THOMAS and JEFFERY ALAN
THOMAS, II,

                                  Plaintiffs,           Case No.: 2:24-cv-1398 (RJC)

               - against -

PLAZA AUTO MALL, ROBERT MCILWAIN,
SCOTT BONFORTI, MAKSIM SLUVIS, and
AMERICAN HONDA MOTORS CO., INC.,

                                Defendants.
-------------------------------------------------------------X

**[PROPOSED] ORDER ON**
**DEFENDANTS' MOTION TO COMPEL ARBITRATION**

      And Now, this _____ day of _____, 2024, upon consideration of Defendants' Motion to Compel Arbitration and to stay this proceeding until the conclusion of arbitration, it is HEREBY ORDERED that the Motion is **GRANTED**.

                                                  _____
                                                  Hon. Robert J. Colville, U.S.D.J.