IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| Julie Renee Thomas and Jeffery Alan Thomas, II,<br><br>Plaintiffs,<br><br>vs.<br><br>Plaza Auto Mall; Robert McIlwain, Scott Bonforti; Maksim Sluvis; and American Honda Motor Co., Inc.,<br><br>Defendants. | Case No. 2:24-cv-01398 |

## [PROPOSED] ORDER ON DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S MOTION TO DISMISS THE COMPLAINT

This matter is before the Court on a Motion to Dismiss filed by Defendant American Honda Motor Co., Inc. ("American Honda") seeking to dismiss the claims asserted against it by Plaintiffs in the above-captioned matter. After considering the materials submitted by the parties, and in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure, this Court hereby finds that Plaintiffs have failed to state a claim upon which relief can be granted as to American Honda. Accordingly, American Honda's Motion to Dismiss is hereby GRANTED, and Plaintiffs' claims against American Honda are hereby DISMISSED.

IT IS SO ORDERED THIS THE _____ DAY OF _____, 2024.

_____
The Honorable Robert J. Colville
United States District Judge