# BENSLEY LAW OFFICES, LLC

William C. Bensley, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Cell: 267-250-4383
Office: 267-322-4000
Fax: 267-299-8079
Email: wcbensley@bensleylawoffices.com
Website: www.bensleylawoffices.com

December 9, 2024

The Honorable ROBERT J. COLVILLE
United States District Court
The District of Western Pennsylvania
Joseph F. Weis, Jr.
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

      Re:    Thomas, et al. v. Plaza Auto Mall, et al.
              USDC EDPA 24-cv-01398-RJC

Dear Judge Coleville:

      Kindly permit this letter to confirm that Plaintiffs do not oppose Defendants' Motion to Stay this matter and Compel (forced) Arbitration (Document Nos. 13-15). The parties agree that the Motion should be granted and this matter should be stayed. Plaintiffs and defendants agree that said motion will moot the Motion to Dismiss (Document No. 16) currently pending. Please call with any questions.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      /s/William C. Bensley
                                      William C. Bensley

WCB/
Enclosure